Name: Naser Abdo
Reg No: 80882280
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

**CERTIFIED MAIL**
7018 2290 0000 3307 6792

c/o
Clerks office

US District Court.
Alfred Arraj Courthouse
901-19th St., Room A105
Denver, CO, 80294-3589

(Ncmte
MMkl
8-19-20)

Legal Mail

Legal Mail

Postage ok
Needs
metership

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1P    $ 000.00
0001126313   AUG 18 2020
MAILED FROM ZIP CODE 81226

