**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02516-GPG

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
UNITED STATES,
BRUSH,
ESPINOZA,
MILLER, and
MURTON,

    Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's "Motion for Extension of Time to File His Prisoner Amended Complaint" (ECF No. 7) is GRANTED as follows. Plaintiff must comply with the Order Directing Plaintiff to File Amended Prisoner Complaint (ECF No. 6) **on or before October 7, 2020.** His failure to do so may result in the dismissal of this action without further notice.

    Dated: September 22, 2020