1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:20-cv-02516-GPG.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2020

JEFFREY P. COLWELL
CLERK

Khalfan Khamis Mohamed
            Plaintiff,

v. Jones, et al.
            Defendants.

## PLAINTIFF's MOTION FOR THE COURT TO ACCEPT HIS "PRISONER AMENDED COMPLAINT"

Plaintiff respectfully asks the Court to accept his amended complaint. And in support to his request, he states the following:

1- In 8/25/2020 the court ordered the plaintiff to file "amended prisoner complaint" (doc.6) and in its order, the court mentioned several deficiencies (Id. at 3) and ordered him to file the amended complaint with specific instructions (at 4).

2- Plaintiff filed his amended complaint and was entered on 10/19/20.

3- Plaintiff only received from the Court a "NOTICE OF ELECTRONIC FILING" (doc.9), but hasn't received any other document related to his amended complaint and/or to his case ever since.

4- Plaintiff is not sure whether he is required to file this motion for the acceptance of his amended complaint, but since he assumes that the Court has not yet accepted it, he file this motion.

5- The Court should accept the amended complaint because plaintiff has cured all mentioned deficiencies:
   THE DEFICIENCIES MENTIONED BY THE COURT (doc. 6, at 3):
The Court stated:

2.

"The primary deficiency in the prisoner complaint is that it does not comply with Rule 8 of the Federal Rules of Civil Procedure. The prisoner complaint is too long and verbose, and it exceeds the 30-page limit for prisoner pleadings in this District. Plaintiff need not include lengthy citations to case law at this stage of the case. And, it not clear that Plaintiff has met the jurisdictional requirements for alleging tort claims against the United States. Thus, the court directs him to file an amended prisoner Complaint that complies with this order." (Id. at 3).

6- In his amended complaint, plaintiff followed the Court's instructions and completelly complied with the Court's order: (a) Plaintiff's amended complaint is only in 30-pages, not verbose... (b) the Amended Complaint also, doesn't have "lengthy citations..." and (c) Plaintiff in his amended complaint does not include his previous tort claims against the U.States. That is because; the BOP has not yet up to this moment issued the "final denial" of the tort claim that plaintiff filed with the appropriate agency.

7- However, plaintiff will request another chance to amend his complaint once the BOP issues that final denial, so he can include the tort claims against the U.States, as he noted in his "Amended Complaint (note:1, page 2, Amend-complaint).

8- The plaintiff also complied with the rest of the court's order: "In his amended Complaint plaintiff has alleged in a clear, concise and organized manner (a) what each defendant did to him, (b) when the defendant did it, (c) how the defendant's action harmed him, (d) what specific legal right plaintiff believes the defendant violated, and (e) what specific relief plaintiff request" (Id. at 4)

9- Finally, plaintiff tried to his best extent to improve his handwriting, and believes that the court can read and understand what he wrote.

For these reasons, Plaintiff respectfully asks the court to

-3-

accept his prisoner Amended Complaint.

Respectfully executed: 10.19.2020

S/ Mohammed.

Khalfan Kh. Mohamed
#44623-054
P.O.Box 8500, U.S.P-max
Florence, Co 81226-8500

CERTIFICATE OF MAILING:

I, Khalfan Kh. Mohamed, hereby certify that on this day Oct.19,2020 have mailed out my "Motion for the court to accept my Prisoner Amended Complaint", to the following Court's address:

Office of the Clerk
United States District Court
901-19th Street, Room A 105
Denver, Co 80294-3589.

Date: 10-19-20

S/ Mohamed

Khalfan Kh. Mohamed
#44623-054
P.O.Box 8500, U.S.P-max
Florence, Co 81226-8500.

Mohamed vs Jones, 1:20-cv-02516-GPC.

Attachments. EXH-1: Declaration of mailing.

## DECLARATION OF MAILING

I, Khayfan Kh. Mohamed, hereby declare under penalty of perjury that on this day, of Oct. 19, 2020, have submitted my motion for the Court to accept my "Amended Complaint" for the mailing to an appropriate counselor here at D-unit, ADX, and my legal mail meets all legal mail and postages requirements. The envelope carries the following address of the Court:

Office of the Clerk
United States District Court.
901-19th Street, Room A 105
Denver, CO 80294-3589.

Date: 10.19.20

s/ Mohamed

Khayfan Kh. Mohamed, # 44623-054
P.O. Box 8500, U-S-P-Max
Florence, CO 81226-8500.

Mohamed v.s Jones, 1:20-cv-02510-GPG.

Attachment 2: EXH.2: "Declaration in support of plaintiff's motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:20-cv-02516-GPG, Muhamed V. Jones et al.

PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MOTION FOR THE COURT TO ACCEPT HIS PRISONER AMENDED COMPLAINT.

1- I am the plaintiff in the above-entitled case. I make this declaration in support of the mentioned motion.

2- I have waited for about 10-days believing that the Court will accept my amended complaint and believed that didn't need my motion for that. But after seeing that I haven't received any court's paper indicating that my amended complaint. I decided to file this motion.

3- I have tried to the best of my ability, as legally-illiterate prisoner, to follow the court's instructions and order on how to file my amended complaint. I couldn't do better than I have done.

4- My amended complaint I believe, met all the court's instructions.

WHEREFORE, I am respectfully ask the court to accept my amended complaint as it is.

Pursuant to 28 U.S.C §1746. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-19-20

s/ Muhamed

Khayfan Kh. Muhamed
#44613054
PO BOX 8500, U.S.P-MAX.
Florence, CO 81226-8500.

Name: Khaufan Khamis Mohamed
Reg. No.: 94613054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802
20 OCT 2020 PM 5 L

LEGAL MAIL

TO: Office of the Clerk
United States District Court
901-19th Street, Room A 105
Denver, Co 80294-3589

LEGAL MAIL