# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-GPG

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
UNITED STATES,
BRUSH,
ESPINOZA,
MILLER,
MURTON, and
ARMIHO,

    Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for the Court to Accept His "Prisoner Amended Complaint" (ECF No. 10) is GRANTED only as follows.  The Amended Prisoner Complaint was filed October 5, 2020 (ECF No. 9) and is the operative pleading.  The Court will review the Amended Prisoner Complaint as required by D.C.COLO.LCivR 8.1(b) in due course.

    Dated: October 23, 2020