IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:20-CV-02516-RBJ-KMT

Khalfan Khamis Mohamed
　　　　　Plaintiff

V. Jones, et al.
　　　　Defendants.

## Plaintiff's Rule 33, Request For Interrogatories

Pursuant to Rule 33, Fed.R.Civ.P. and D.C.Colo.L Civ.5.3(b), plaintiff submits the following to the defendants. Defendants must answer each interrogatory in writing, under oath and provide plaintiff with the answers within 30-days of this document service. Plaintiff will agree to offer the defendants 20-additional days to answer if requested in writing to plaintiff.

### Interrogatories Common to all defendants:

1- Identify the names of persons responding to these interrogatories on behalf of the defendants, the defendants responding to these interrogatories, and each person who provided information in connection with these interrogatories, as well as the job description and position title of the above mentioned persons.

2- Identify by name, job title and work description each person with whom you are aware that ;(1) participated or witnessed or reviewed in any "after action review" or "post use of force review", the "use of force" that occured on 8-23-2018 against the plaintiff in C-unit, to include but not limited to, any other persons who were participants in, or were witnesses to any "post" "use of force" events such as the medical assessments; or (2) heard or read

(1)

read any statement made about the use of force or medical assessment by any person who participated in, or, witnessed the "use of force" or medical assessment, to include, but not limited to correctional staff, supervisory BOP employees, medical staff, executive staff of the ADX, inmates, and any DOJ investigative agent such as the BOP's SIS, SIA, or the the OIG, the Office of Internal Affair or the FBI.

3- Identify each person interviewed about the use of force of 8·23·2018 against the plaintiff and the subsequent medical assessment, to include but not limited to those interviewed as a result of any disciplinary proceeding taken against plaintiff or participant, or supervisors or witnesses of that incident where that proceedings have taken place at any time from 8·23·2018 to the date this interrogatory was answered. For each person identified, state: a) the date of interview; (2) the substance of the interview, and if the interview was recorded or transcribed, a reproduction of it is requested, and (3) the report, findings, results, recommendations or other consequences of the interview of such person.

4- State in your own words and with specificity: what you believe happened to plaintiff in the 8·23·2018 "use of force", his injuries allegedly sustained that day, and the subsequent medical assessment and include in your response the evidence and any other bases upon which you rely with specificity.

5- Identify each BOP's, DOJ or otherwise government staff and employee that was present at C-unit on 8·23·2018 while the "use of force" against plaintiff occured whether from the start of that "use of force" or such staff came there in response to that incident. For each staff, please identify: (1) His or her name; (2) His or her official duty; (3) His or her role that day in the unit or at any other place or date concerning that incident; and (4) for each staff, state the exact time that he intered and left the unit, please be specific as much as you can.

(2)

6- State and specify the time as exactly as you can; (1) At what time plaintiff was removed from his cell, #108, A-lower, C-unit, to the law library, on 8-23-2018; (2) At what time plaintiff was removed from the law library and started to be escorted toward the hall-way facing the entrance of the A-Range, C-unit; (3) At what time the "use of force" started against the plaintiff; (4) For how long plaintiff remained on the ground before was escorted toward the entrance of Range-A, and eventually to the observation cell; (5) At what time plaintiff was placed on the observation cell at C-unit, after he was escorted from A-Range-Lower, and (6) At what time the hand-held camera along with force-team and medical staff (Jones) came at the observation cell for the medical assessment on plaintiff?

7- Identify each staff member or officer who was in observation cell while the plaintiff was on it on 8-23-2018; For each staff or officer, identify (1) his or her name, (2) His or her role, duty or work in the observation cell, before or after, (if not mentioned above) and (3) at what time came in the observation and left from it.

8- Identify all prisoners/inmates that were housed in the Range-A, Lower, C-unit on 8-23-2018. For each, identify (1) His name, (2) Registration number, (3) His current residence; that's: the unit he is housed now, at the time of this response, and (4) for those prisoners who are no longer housed at the ADX, their current, new address within the BOP or other institution... If any of the prisoner he has been released, please state so. (The goal of this interrogatory is only discovery, should plaintiff need to approach those prisoners with relation to the alleged assault against him in 8-23-2018.)

9- Identify the full postal address and any other available informations necessary in making contact (for discovery and this lawsuit related purposes only) with any of named defendants in this case if that defendant cannot be reached, saved the complaint or otherwise made by court answerable with relation to this

(3)

this law suit through the ADX's regular address that plaintiff provided to the court in his complaint. In the case that, his new address is not known, then please his last-known address and information. (In case this is deemed not appropriate to be provided to the plaintiff, the defendants and their attorney may easily provide the addresses to the court. Plaintiff has no need of those addresses other than the need of making sure that the defendant are reachable by the U.S. marshall for the services... etc.)

### Interrogatory for Officer Bush

10- Identify every person/staff that you know of, who had any role with relation to my materials, property and belongings that were confiscated from my cell # 108. A-Range Lower, C-unit in 8-23-2018. For each person, identify: (1) what's his or her name; (2) what his or her role with relation to those belongings; (3) what was his or her official duty within the ADX/BOP, (4) where he or she is at the time of your answer to this interrogatory, and (5) if he or she's no longer reachable through the regular ADX's address, provide his or her known or last known address.

### Interrogatory for all defendants.

11- Please carefully review plaintiff's requests for admission, and then point out any admission or part of it in which plaintiff had lied or not been truthfull. In each such lie, identify your(a)base or source you rely upon to prove such lie, and if from a document any document, produce such document,(2) identify yourself; defendant who believe that plaintiff lied on that admission.

Dated: December 10, 2020

U.S.P, Max. P.o.box 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
Reg # 44623-054
Dec. 10, 2020

Signature: Mohamed.

(4)

# CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, the plaintiff, certify herein, that on December 10, 2020 have mailed out my Request for production of documents, Request for Interrogatories and Requests for admissions, with the following court's address:

> Office of the clerk,
> United States District Court,
> 901-19th Street, Room A105
> Denver, CO 80294-3589.

Dated: December 10, 2020

U.S.P, max, P.O.Box 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
Reg.# 44623-054
Dec. 10, 2020

Signature: Mohammed.

## DECLARATION OF SERVICES AND MAILING:

I, Khalfan Kh. Mohamed, the plaintiff, here declares under penalty of perjury, that on December 10, 2020, have submitted my mail, with all requirements as legal mail and sufficient postage stamps to the appropriate D-unit/ ADX's staff, with the envelop enclosed with my Requests for production of documents, Requests for Interrogatories and requests for the admissions; the envelop carries the following court's address:

Office of the clerk
United States District Court.
901-19th. street, Room A-105
Denver, CO 80294-3589.


Dated: December 10, 2020

U.S.P. max P obox 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
Reg.# 44673-054
Dec. 10, 2020

Signature: Mohammed.

Name: Khalfan Khamis Mohamed
Reg No: 44623-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

LEGAL MAIL

To: Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

LEGAL MAIL



LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: **DEC 10 2020**

"SPECIAL/LEGAL MAIL"

This enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Name: Khalfan Khamis Mohamed
Reg No: 44623-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

LEGAL MAIL

To: Office of the Clerk
United States District Court
901-19th Street, Room A 105
Denver, CO 80294-3589

LEGAL MAIL



LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: **DEC 10 2020**

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.