IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:20-cv-02516-RBJ-KMT

Khalfan Khamis Mohamed
    Plaintiff

V. Jones, et al.
    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 15 2020
JEFFREY P. COLWELL
CLERK

## Plaintiff's Rule 34 Request For Production of Documents

Pursuant to Rule 34 Fed.R.Civ.P. and D.C.Colo.L.Civ.5.3(b), plaintiff request that the defendants produce the following documents, Electronic Stored Information (ESI) and records pertaining to the following within 30-days of service of this request in the D-unit's resident (or where ever plaintiff might be housed at the time of such production) "discovery computer, and that such documents, ESI & records be produced in CD-Rom. Plaintiff will agree to offer the defendants 20-additional days to produce if requested in writing to plaintiff.

1- A copy of the "records index" used by ADx Florence records management staff, or in the alternative, used by ADx Florence staff to identify records for FOIA response purposes.

2- A copy of any document, ESI or record that describes the nature of every record mentioned in the "record index", such as its function, contact and title.

3- A copy of all grievances filed by inmates for the past 5-years against any defendant and all defendants in this case that allege against the defendants, excessive force, violations of the Eighth Amendment Rights, denial of medical treatments, or any other topic concerning violation and/or depreration of those inmates rights and any mistreatments committed

(1)

committed, allegedly, by the defendants.

4- Any documents, ESI, or records, such as those associated with incident reports, investigations, memos and supervisory reviews...etc, that were produced or generated as a result of the "use of force" on 8.23.2018, or as a result of plaintiff's grievances alleging assault on 8.23.2018, or as a result of plaintiff's correspondence with the OIG or other government and BOP's officials, or as a result of plaintiff's Administrative ~~Remedy~~ Tort claims or as a result of plaintiff's hunger strike that occured between 8.20.2018 and 10.2.2018, including medical reports, assessments, recommendations, lab results and video footage of the force feedings.

5- All video footage for A-Range lower, C-unit, from both range cameras on 8.20.2018 through 8.24.18, starting from 6-A.m through 8-P.m, for each of above five days. This includes the ~~footage~~ of A-Lower through hallway to the observation cell.

6- All video footages for B-Range, upper, C-unit, from both range cameras from 8.24.2018 to 10.11.2018, but only including the intermediate mondays, wednesdays, and fridays, aside from the two above mentioned days which are also requested. The only required footage for each of those days produced in this request need be from the hours of 6:00 Am to 8:00 P.m, on each day.

7- All video footage from C-unit that viewed plaintiff's movements, activities, escortes, treatments...etc from both A and B-ranges to the final ~~range~~ door of C-unit, which opens on to the hall-ways of ADX, and that viewed plaintiff at any other area of the unit, for the period of times between 8.20.2018 and 10.11.2018, from 6:00 Am to 8:00 P.m.

8- All video footage that viewed plaintiff's movements, activities, escortes, treatments...etc, through those ADx-hallway cameras positioned between C-unit and the medical unit were plaintiff was assessed and force fed, or positioned at any other areas including other hallways and in the medical unit, medical room, observation cells...etc.

(2)

etc. The time period for this request is between 8.16.2018 through 12.31.2018.

9- All video footage that viewed ADX's staff removing plaintiff's property, materials, items... etc. from his cell # 108, A-Range Lower, C-Unit on 8.23.2018 and any other following days, where that videos viewed those staff moving, storing, discarding, or otherwise treating those mentioned items in any manner, and at any area/place of the ADX.

10- All policies, directives, memorandums, or other documents, not available in the ADX's law library database, that were in effect between 8.20.2018 and 10.2.2018 and govern or advise any BOP employee regarding the management of prisoners on hunger strike, including but not limited to, intra-ADX emails between the unit team members, executive staff (warden, dept. heads, etc.) and any other BOP official and entity located at ADX, the Regional or the Central Offices.

11- All internal ADX or/and DOJ findings concerning any investigation into plaintiff's alleged assault of 8.23.2018 and any recommendations made at any level in such investigations regardless of whether or not the investigation is complete.

12- A copy of all documents, ESI or records used or referenced in any defendants' answer to plaintiff's interrogatories, used to respond to those interrogatories or used to deny any of plaintiff's request for admission.

13- A copy of any affidavits, declarations or other officially transmitted statements made by the BOP employees or contractors, regarding the use of force on 8.23.2018, the alleged assault on plaintiff on 8.23.2018, the injuries he received on that day, the loss or confis confiscation of he materials and property or regarding any parts of plaintiff's complaint, that were made to any DOJ employee or entity at any time, before and after the filing of plaintiff's current complaint/civil suit. This request including but not limited to all such affidavits, and declarations

(3)

declarations and statements, made by the defendants and others and all other officers and staff that were then submitted to, and used by the D.H.O in her disciplinary findings against the plaintiff.

14- A copy of all and complete of plaintiff's medical records from 8.1.2018 to the date of this document service.

15- A copy of all and complete of plaintiff's mental health/psychology records from 8.1.2018 to the date of this document service.

16- A copy of all documents, ESI, and records concerning with and related to plaintiff's alleged confiscation of his property and materials, that he alleges were illegally taken from his cell #108, A-Lower, C-unit on 8.23.2018 and were not returned. This includes but not limited to, all his requests, complaint...etc to ADX and BOP's staff regarding those alleged confiscated items, also all other ADX's/ BOP's responses, investigations, reports, findings...etc, regarding plaintiff's alleged lost materials whether were a result of plaintiff's requests and complaint or otherwise...

17- A complete copy of "Staff-Correspondence About Inmate (i.e: the plaintiff), as described by the Program Statement # 5840.04 of 9.1.1999, for the period of time, from November 1, 2015 to the date of production of this document.

Dated: December 10, 2020.

U.S.P, Max, P O Box 8500
Florence, CO 81226-8500

Khalfan Kh.Mohamed,
Reg#44623-054
Dec.10, 2020

Signate: Mohammed.

(4)