IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-KMT

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
BRUSH,
ESPINOZA,
MILLER,
LT. MURTON, and
LT. ARMIHO,

    Defendants.

---

**DEFENDANTS' MOTION TO CONSOLIDATE RESPONSE DEADLINES
AND FOR EXTENSION OF TIME**

---

    Defendants respectfully move for an Order consolidating and extending the deadline for them to file an answer or other response to the Amended Complaint, ECF No. 9, by 60 days, **to and including March 22, 2021**.  Because Plaintiff is a federal prisoner who is representing himself, undersigned counsel did not confer with him about this motion.  *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").  The reason for the requested extension is to enable Defendants, all of whom are current or former federal employees, to obtain representation authority so that all Defendants can file a single response to the Amended Complaint.

Plaintiff is a federal inmate incarcerated in the United States Penitentiary—Administrative Maximum, in Florence, Colorado. Plaintiff names Defendants Jones, Huddleston, Osagie, and Brush in both their individual and official capacities, and names Defendants Espinoza, Miller, Murton, and Armiho solely in their individual capacities. *See generally* ECF No. 9. Plaintiff claims violations of the First and Eighth Amendments arising out of an incident that allegedly occurred on August 23, 2018. *See id.* at 6-27. Plaintiff requests both damages and injunctive relief. *See id.* at 29-30.

The United States Attorney's Office was served with the Complaint on November 17, 2020. ECF No. 14. The Bureau of Prisons is in the process of conferring with Defendants to secure waivers of service. For those Defendants that waive service, their answers or other responses to the Amended Complaint would be due on January 19, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii) (an answer or motion under Rule 12 must be served within 60 days after the request for a waiver is sent). However, the United States Attorney's Office is not authorized to represent Defendants in their individual capacities at this time.

The eight individual-capacity Defendants have the option of obtaining counsel to represent them in this case. The United States Attorney's Office often provides this service, but the Department of Justice's Civil Division, Constitutional and Specialized Torts Section, in Washington, D.C., must approve representation authority before counsel from the United States Attorney's Office may personally represent any individual-capacity defendant in the action. *See generally* 28 C.F.R. § 50.15. The procedures to obtain representation authority include a written request by the individually named defendant, a determination by the employee's agency regarding whether representation is appropriate, and a determination by the Department of

Justice as to whether representation is appropriate.  *Id.* §§ 50.15(a)(1)–(2).  Only after representation authority is approved by the Department of Justice may an Assistant United States Attorney personally represent a defendant in his or her individual capacity.[1]

The Bureau of Prisons has initiated the representation authority process for Defendants.  However, representation requests typically take a minimum of several weeks to complete, and may take a longer period of time.  If representation is not approved for any of the individual defendants, then that person will need a reasonable amount of time in which to obtain private counsel.

In light of the need to complete the representation request process, Defendants therefore seek to consolidate and extend the current response deadline of January 19, 2021, by 60 days, to and including March 22, 2021.[2]  Extending this deadline will allow the individual defendants to obtain representation and will permit all Defendants (in their individual and official capacities) to file a single responsive pleading.  Because the allegations against the individual defendants, whether in their individual or official capacities, arise out of the same facts, legal and judicial efficiency would be served by having all Defendants respond to the Amended Complaint at the same time.  This will avoid the filing of multiple answers or motions to dismiss.  *See* Fed. R. Civ. P. 1 (Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.").  It will also allow undersigned counsel additional time to fully investigate

---

[1] During the period when a request for representation is pending, a request may be filed seeking an extension of time for the defendant to respond to the complaint.  *See* United States Attorneys' Manual 4-5.410, 4-5.412, *available at* https://www.justice.gov/jm/jm-4-5000-tort-litigation#4.5410.

[2] The last day of the 60-day period dowuld end on Saturday, March 20, 2021, and therefore the response would be due on Monday, March 22, 2021.  *See* Fed. R. Civ. P. 6(a)(1)(C).

Plaintiff's numerous claims in order to evaluate which defenses may be appropriate to assert in this matter, and to submit a thorough response to his Amended Complaint.

The requested extension is reasonable and will not prejudice Plaintiff. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not sought any previous extensions of time to respond to the Amended Complaint. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and upon a representative of the United States and the individual defendants.

For the reasons set forth in this motion, Defendants respectfully request that the Court set a deadline of **March 22, 2021**, for them to respond to the Amended Complaint (ECF No. 9). A proposed order is attached.

Respectfully submitted on this 12th day of January, 2021.

JASON DUNN
United States Attorney

s/ *Jennifer R. Lake*
Jennifer R. Lake
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: jennifer.lake@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 12, 2021, I served the foregoing document on the following non-CM/ECF participant in the manner indicated:

Khalfan Kharmis Mohamed (U.S. mail)
Reg. No. 44623-054
ADX – Florence
P.O. Box 8500
Florence, CO  81226

I further certify that on January 12, 2021, I sent the foregoing document to the following representatives of the United States and the individual defendants by email:

Adam A. Powell, Esq. (BOP attorney)


s/ *Jennifer R. Lake*
Jennifer R. Lake
United States Attorney's Office