# EXHIBIT 1



U. S. Department of Justice
Federal Bureau of Prisons
United States Penitentiary,
Administrative Maximum Institution
Florence, Colorado

## INSTITUTION SUPPLEMENT

OPI: Case Management Coordinator
NUMBER: FLM 5580.08B
DATE: November 28, 2019

# Inmate Personal Property

Approved:  B. True, Warden
ADX Florence

1. **PURPOSE AND SCOPE**:  It is the policy of the Bureau of Prisons and the United States Penitentiary, Administrative Maximum, Florence, Colorado, that inmates may possess only such property as authorized for retention as defined in the National Program Statement. This supplement must be read in conjunction with national directives for a clear understanding of policy.  This Supplement provides guidelines for inmate personal property.

2. **DIRECTIVES AFFECTED**:

    A. <u>Directives Rescinded</u>:  FLM 5580.08A, Inmate Personal Property, dated February 6, 2017.

    B. <u>Directives Referenced</u>:  Program Statement 1315.07, Inmate Legal Activities, dated November 5, 1999.

    Program Statement 5270.09, Inmate Discipline Program, dated July 8, 2011.

    Program Statement 5270.11, Special Housing Units, dated November 23, 2016.

    Program Statement 5350.27, Inmate Manuscripts, dated July 27, 1999.

    Program Statement 5580.08, Inmate Personal Property, dated August 22, 2011.

    C. <u>Standards Referenced</u>:  American Correctional Association Standards, 4th Edition, Standards for Adult Correctional Institutions:  4-4163, 4-4164, 4-4166, 4-4268, 4-4269, 4-4192, 4-4293, 4-4294, 4-ALDF-2A-23, 4-ALDF-2C-01.

3. **LIMITATIONS ON INMATE PERSONAL PROPERTY (ADX):**

   A. Storage Space:  Each individual cell will ordinarily be furnished with a concrete bed, in addition to a concrete/metal stool, desk and TV shelf.  No other furnishings or shelves are authorized without approval from the Warden.

   The amount of personal property allowed for each inmate will be limited to those items which can be neatly and safely maintained.  Under no circumstances will any materials referred to in this policy be accumulated to the point where they become a fire, sanitation, security, or housekeeping hazard.

   In order to define what a "reasonable" amount of property is, it shall be interpreted narrowly as meaning <u>all authorized items that can be neatly stored in the inmate's cell, not to exceed the authorized limits (see Attachments).</u> Inmates will be advised during the Administration & Orientation (A&O) program of what personal property they are authorized to maintain.

   The amount of personal property allowed for inmates admitted to the institution hospital will be limited to current legal cases and approved hygiene articles.  Any other items of personal property will have to be approved by the Health Services Administrator, Captain, or their designee.

   B. Institution Issue Clothing:  Refer to Attachment 1, Section 1 of this supplement or Institution Supplement entitled Laundry Procedures.

   C. Special Purchase Items:  Special Purchase items will be authorized only to the point where they can be neatly and safely maintained.  All requests for special purchase items, which are ordered from outside sources, must be approved and signed by the approving official.  Individual vendor orders shall not exceed more than one per inmate per month with a maximum amount of $300 per quarter.

   Requests to purchase shoes (white, black or black and white) must be approved by the appropriate Unit Manager.  After the initial purchase, additional purchases will be made on an exchange basis only.  Proof of ownership through the Inmate Personal Property Form, BP-A0383, and/or commissary receipts will be required.  All excess watches must be turned in for disposition (mailed home at the inmate's expense or otherwise disposed of).  All Special Purchase orders over $100 must be approved in writing by the Warden.  A copy of all major items purchased from the institution commissary, received through the mail or received through any other approved source, will be maintained in the inmate's Central File and in the commissary.

   D. Legal Material:  Inmates may be allowed to maintain legal material necessary for current legal actions.  The amount of storage space provided for legal materials is dependent upon the total storage space available.  Legal materials will be limited to the amount that can be neatly stored in the inmate's cell.  Ordinarily, the total amount of legal materials will be limited to a level of three (3) cubic feet per inmate.  Personal

legal books will count toward this limitation. In no case shall the amount of personal legal materials be such as to pose a fire, sanitation, security, or housekeeping hazard.

An inmate who claims a need for additional storage space in connection with current legal activities, may be provided space by his Unit Team on a temporary basis. The Supervisor Attorney should be consulted if there is a question concerning excess legal material.

E. Hobby Craft: Hobby craft projects, authorized by the Recreation Department, Unit Managers and the Captain, will be limited to two (2) projects at a time. The projects must be mailed home at the inmate's expense upon completion. Purchase of approved hobby craft materials will be requested by submitting a weekly (or quarterly) Hobby Craft Order form to the Unit Manager. Prohibited colors (gray, black, red, camouflage) for clothing items outlined in the National directive will also be applied to hobby craft yarn.

F. Commissary Items: Commissary items found in excess of the amounts established on this commissary slip or not in their original containers will be considered contraband and confiscated. All items sold by the commissary are subject to the approval of the Warden.

The total amount of consumable commissary that an inmate is allowed in his assigned cell will not exceed the current possession limit (including new arrivals with commissary items from their previous institution). Commissary possession limits are annotated on current commissary form.

G. Correspondence and Reading Materials: Education materials for current correspondence courses are exempt from property limits. However, once completed, all associated books and materials will be removed from the housing units and returned to the Education Department, or if personal, mailed out at the inmate's expense. Education books and materials are to be limited to those issued to the inmate, or approved by the Education Department. Books will also be provided by the Education Department on an exchange basis and will be limited to the amount approved by that department.

Institution copies of newspapers may be issued in the housing units, with select magazines and books available for checkout upon request. Copies may also be provided for inmates confined in the institution hospital, upon request.

Personally owned books should be purchased pursuant to the Institution Supplement on Incoming Publications.

Personal compositions, manuscripts, and correspondence filed in authorized folders, must be properly organized and limited to two (2). Contraband materials concealed in such folders will result in confiscation of the entire folder and its contents. Personal papers and correspondence will be limited to one (1) cubic foot. Manuscripts must not

create a fire hazard, a housekeeping problem, or a security concern because of excess paper. Institution issued writing tablets will be limited to two (2).

H. <u>Religious Items</u>: In cooperation with the Captain, Religious Services will make the final determination concerning authorized items as they relate to religious practice (i.e. medallions, pamphlets, etc). Hobby craft, or items utilized for other than their intended purpose, will be considered contraband, although religious in nature. See Attachment 1, Section 4, for authorized items.

I. <u>Earbuds and Televisions</u>: Inmates at the ADX are issued one television unit, one set of earbuds, one earbud extension cord (if needed), and one earbud adapter (if needed). Television units will only be utilized with earbuds. Inmates who abuse television privileges will be subject to disciplinary action.

J. <u>Eyeglasses</u>: Inmates may possess only two pairs of corrective eyeglasses, unless a <u>written</u> exception is provided by Health Services staff. Due to security concerns, eyeglass frames must be made of plastic and not contain metal reinforcement. If an inmate arrives with eyeglasses containing metal, these eyeglasses will be confiscated with a confiscation form generated and an alternative will be provided. Inmate in possession of metal-containing eyeglass frames will be given the opportunity to mail unauthorized eyeglasses home at the inmate's expense.

During Intake Screening, Health Services staff will determine if eyeglasses need to be replaced. If eyeglasses must be replaced, an appointment for examination by the optometrist will be scheduled. If an inmate has a prescription for eyeglasses which is not more than six months old, Health Services will make the scheduling determination.

Any staff member who identifies an inmate who has altered his eyeglass frames to maintain eyeglass usability should notify Health Services staff. Health Services staff will interview the inmate and new frames will be ordered for replacement. The inmate will be informed that any future altering of eyeglasses will result in an incident report. If the altered frames appear to be weapon-like or other security threat, they will be confiscated immediately and an incident report written.

Broken frames should be confiscated and returned to Health Services. Discretion is urged when enforcing this policy. If the frames appear to be temporarily mended, Health Services staff will determine if the inmate is allowed to keep the glasses until the new frame arrives, which should be documented on a Medical Duty Status form.

K. <u>Restrictions</u>:

1) No unauthorized item will be used as a shower curtain, floor covering, or hung from cell bars. Cell bars will be kept clear of all items.

2) Items such as metal or thick plastic notebook covers/rings/binding, paper clips, paper fasteners, rubber bands, plastic wrapping, etc., will not be issued

      or be in the possession of inmates. Such items will be considered contraband and will be disposed of, when discovered.

3) No item of any type will be taped, pasted, or otherwise affixed to walls, doors, windows, or bars.

4) Accumulation of institutional condiments, paper cups, food, etc., will not be tolerated. All accumulated items will be considered nuisance contraband and confiscated. Disciplinary action may be taken, as deemed appropriate, by staff.

5) Cell and Cell Sallyport sanitation is the responsibility of the inmate. Floors, windows, walls, etc., shall be cleaned in such a manner that a high level of sanitation is consistently maintained.

6) All altered institution-issued or personally owned items, such as clothing, toothbrushes, magazines, books, etc., will be confiscated and an incident report written.

7) Maps showing specific or detailed routes within the North American Continent will be reviewed on a case-by-case basis for suitability by Correctional Systems or Correctional Services staff, with special concern for any maps showing detail of areas housing any federal correctional facilities. For example, a map of Colorado may be <u>considered</u> for approval, but a <u>detailed</u> map of Fremont County may likely be unauthorized.

8) No liquid materials considered to be fire hazards will be kept in the cell.

9) Empty containers or containers with something other than what was originally in them, such as milk or juice cartons, ice cream containers, plastic bottles, plastic bags, etc., are considered as nuisance contraband and will be confiscated.

10) Ball-point ink pens containing a metal filler are not permitted. Only pens approved and sold in the Commissary are authorized for inmate use, to include SBO purposes.

11) Personal clothing to include ball caps, sweat suits, will be plain gray or white in color. Tennis shoes must be <u>predominately</u> white or black. All other colors will be considered contraband with the exception of religious headgear, which is subject to the approval of the Chaplain, in conjunction with the Captain.

12) Local area phone books (Fremont, Pueblo, and El Paso counties) with residential listings or area maps will not be permitted. Yellow pages (business listings) with a demonstrated need may be retained upon approval of unit staff.

13) Any individual item with a value of $100.00 or more must have written authorization by the Warden.

14) The selling, trading, borrowing, loaning, passing, or presenting of any items of personal property to an inmate by a staff member or other inmate is prohibited.

15) Personal locks are not authorized in the institution.

16) Cards, dominoes, checkers, chess, etc., are the property of the Recreation Department and are to be issued by the Unit Officer. They are not to be retained in an inmate's property if his property is packed up.

17) <u>Completion of Inmate Personal Property Record, BP-A0383:</u>   When completing the BP-A0383, staff shall be precise in the description of property items, i.e. instead of "a lot" of letters, 25 personal letters; instead of one watch, one plastic Timex watch. This form should be completed anytime an inmate's housing (except within same unit), admission/release status changes, inmate personal property is placed in storage (Discipline Hearing Officer sanctions), and if the inmate is removed from their cell for safety or security reasons (restraints, suicide watch, dry cell, etc.).

18) Inmates will not be permitted to possess steel toe shoes of any kind.

5. **CONTRABAND:**

   A. <u>Definition</u>:   Contraband will be defined in accordance with the National directive on Inmate Personal Property.

   B. <u>Items of Value</u>:   Confiscation of articles, such as excess/unauthorized watches, will normally result in an incident report. In such cases, the item(s) will be retained for 120 days to allow for an appeal.

   Any item of personal property confiscated from an inmate must be receipted through a Confiscation and Disposition of Contraband form, BP-402. The staff member confiscating the contraband shall complete Sections 1-5 and have the inmate sign Section 6, indicating they received a copy of the form. If the inmate is claiming ownership of the confiscated item(s), this will also be indicated in the space provided in Section 6. When inmates refuse to sign Section 6, staff will note <u>Refused to Sign</u>, and affix the date. Staff shall provide a copy of the Confiscation and Disposition of Contraband form to the inmate and forward the form to the Lieutenant's Office. A copy of the form shall be placed in the appropriate Unit Team's box for inclusion in the inmate's Central File. The original Form BP-402 shall remain on file in the confiscated property binder, located in the confiscated property locker. It is the responsibility of the inmate to provide documentation indicating ownership of the confiscated items to their Correctional Counselor.

C. <u>Evidence</u>: Contraband, such as narcotics and weapons which are to be retained for evidence in prosecutable cases, will be stored in the evidence section of the Captain's Office during non-business hours; however, during normal working hours, evidence will be turned over to the Special Investigative Services (SIS) Office for retention by the Special Investigating Agent (SIA).   All contraband held as evidence will be coordinated through the SIA.

6. **LIMITATIONS ON PERSONAL PROPERTY - MEDICAL TRANSFERS:**  Inmates shall be allowed to retain those legal materials specifically needed with respect to ongoing litigation. Questions as to the need for such materials may be referred to the local Legal Counsel.  If an inmate claims the need to take what is considered an excessive amount of legal materials, staff shall contact the local Legal Counsel to determine if the inmate has any pending court litigation or a hearing set to occur during the inmate's expected absence from the institution that would justify taking these legal materials. All personal property not accompanying the inmate shall be stored in Receiving & Discharge (R&D) in an area designated by the Supervisory Correctional Systems Specialist.

   If the inmate is expected to return to this institution, R&D staff shall advise the inmate that property not allowed in the medical facility may be held or sent to a destination of the inmate's choice at the inmate's expense.   Where lack of space prevents retention of the inmate's property, the institution shall pay postage costs connected with mailing the inmate's property to a destination of the inmate's choice.   If the inmate refuses to provide a mailing address for forwarding the property, the property is to be disposed of through approved methods, including destruction of the property.

7. **HOBBY CRAFTS**:   Only approved hobby craft items may be maintained in the housing units.   Completed hobby craft items will be packaged under the supervision of recreation staff and mailed at the inmate's expense.   Hobby craft items should be scanned, x-rayed, and inspected prior to the delivery to the Post Office.

8. **INMATES TRANSFERRED FROM OTHER INSTITUTIONS**:   Personal property which was authorized at another institution, but is not authorized at this facility, will be mailed at the inmate's expense or the property will be disposed of through approved methods.   If an inmate refuses to provide an address for return of the property, as well as the necessary postage to mail the unauthorized property home, it will be considered abandoned property and procedures regarding abandoned property will be applied.

9. **AUTHORIZED STORAGE AREAS**:   Property will not be stored in the Unit Officer's station or in the Lieutenants' Office except in temporary emergency situations.   When an inmate leaves on Writ, is admitted to an outside hospital facility, or placed on Disciplinary Segregation status, staff will place the inmate's property in the proper secured storage area where there is no inmate access.

   A. The R&D property room is designated as the property storage room for inmates due to arrive, on Writ status, at the local hospital, on escape status, or death.   In cases of inmate death, escape, or admission to a hospital, personal property will be inventoried prior to delivery to R&D for storage until it can be disposed of properly.

B. Upon an inmate being sanctioned to DS, the inmate's personal property will be inventoried on an Inmate Personal Property form and forwarded to C Unit as soon as possible. The inmate's personal property will be reviewed with the inmate. This form is to be signed and contain the printed name of the officer securing the property. The officer securing the property will be responsible for ensuring accountability and storage of the property. Once the inmate has completed the sanctioned DS, the property will be reviewed again by staff and the inmate and annotated on the form, with a signature by both the staff member and the inmate.

C. The Lieutenant's Office is responsible for storing and disposing of confiscated property. Property received through R&D, on transfer will be handled by Correctional Systems Department.

D. If an inmate's personal property has been confiscated, the inmate must establish ownership to his Correctional Counselor. In those cases when the inmate chooses to mail the item at their own expense, their Correctional Counselor shall pick up the property from the confiscated property locker, prepare it for mailing, and transport it to the mailroom (ownership must first be established). Inmates shall first establish ownership of an item confiscated prior to indicating whether they want the item donated to the institution or mailed home. If ownership cannot be established, the item will be destroyed as procedures mandate.

**DISTRIBUTION:**

Historical File
Directives Libraries
Correctional Programs, NCR
Local AFGE

# APPROVED PROPERTY LIST FOR ADX GENERAL POPULATION, J-UNIT (A RANGE), K-UNIT

**Part 1 - INSTITUTION ISSUE** (in addition to personally owned items) - Clothing **must** be moved with any inmate transferring from one unit to another. Laundry will provide a bed roll for inmates moving from one unit to another

| Qty | Item | Qty | Item |
|---|---|---|---|
| 1 | Adapter, TV (for headphones, if needed) | | |
| 2 | Blanket (wool) or (Limit 2 thicker non-wool) | 4 | Sheets, Bed |
| 1 | Box, Cardboard (3'x1'x1', for legal paperwork only) | 1 | Shoes, Velcro/Lace-up (pair) |
| 10 | Envelopes (pre-stamped with return address) | 1 | Shower Curtain |
| 1 | Cup (brown plastic) | 1 | Shower Mat |
| 1 | Fork/Spoon Combo (plastic) | 5 | Socks (pair) |
| 1 | Ice Bucket | 1 | Television/Radio Unit |
| 1 | Gloves (pair, white, full-fingered, winter only) | 4 | Towels |
| 1 | Headphone Cord Extension | 1 | Trash Can |
| 1 | Knit Hat | 5 | Undershorts (boxer) |
| 2 | Laundry Bag | 5 | Undershirt |
| 3 | Library Book | 4 | Wash Cloth |
| 1 | Mattress (excess with signed medical slip only) | 1 | Winter Coat (winter only, kept in unit, not in cell) |
| 1 | Pillow | | |
| 2 | Pillow Cover | | |

**Part 2 - PUBLICATIONS, CORRESPONDENCE & PAPERWORK –**

| Qty | Item |
|---|---|
| 8 | Book (leisure, religious, reference, etc.) (See note at end of attachment for cover policy.  Personal legal books are not included in this limit, but counted instead as part of the three (3) cubic feet limit of legal papers.  Approved and <u>current</u> Education courses are also exempt from this limit.) |
| 3 | Newspaper (NO date limitation) |
| 3 | Magazine (NO date limitation.  See note at end of attachment for nude or sexually explicit materials) |
| 20 | Personal Letter |
| 1 | Cubic Foot Personal Papers (example: receipts, property forms, etc.) |
| 3 | Cubic Feet Legal Papers. (No excess unless approved by the Institution Attorney.) |
| 60 | Stamp, Postage (First class or various denominations, not to exceed value of 60 first class stamps) |

**Part 3 - COMMISSARY PERISHABLES** - Refer to the Current Commissary List (Retention limits are equal to commissary purchase limits). Incoming inmates (returns or transfers) will also be restricted to these limits.

**Part 4 - RELIGIOUS ARTICLES** - Religious medallions must be non-metallic. New arrivals permitted non-metallic only.

| Qty | Item | Qty | Item |
|---|---|---|---|
| 2 | Head Gear, Religious (Native-American Bandanna, Rastafarian Crown, Islamic Kufi or Jewish Yarmulke) | 1 | Prayer Beads |
| | | 2 | Prayer Oil (2 or 1 ounce) |
| 1 | Medallion, Religious (see note above for material) | 1 | Prayer Rug |
| 8 | Pamphlet/Brochure, Religious (in addition to books outlined in Part 2) | | |

**Part 5 - PERSONAL CLOTHING** (In addition to institution issue)

| Qty | Item | Qty | Item |
|---|---|---|---|
| 1 | Athletic Supporter | 2 | Shoelaces (pair, 54" or less) |
| 1 | Cap, Baseball (white/grey only, no logo) | 1 | Shower Cap |
| 1 | Gloves (workout ) | 3 | Socks (pair, white only) |
| 5 | Handkerchief (white only) | 1 | Sweat Band |
| 1 | Handkerchief (non-white from commissary) | 2 | Sweat Pants (white/grey only) |
| 2 | Shorts (gym, white/grey only) | 2 | Sweat Shirt (white/grey only) |
| 1 | Shoes, Shower (pair) | 3 | Thermals (sets, white/grey only) |
| 2 | Shoes, Tennis (pair, predominately white/black only) | 5 | Undershorts (white, boxer-type) |
| 3 | Long Sleeve Shirts (grey/white) | 3 | Undershirts (crew type, white/grey only) |
| | | 3 | Undershirts (tank type, white/grey only) |

**Part 6 - MISCELLANEOUS PERSONAL PROPERTY**

| Qty | Item | Qty | Item |
|---|---|---|---|
| 1 | Address Book | 1 | Cup, Drink (institution issue or personal) |
| 1 | Aftershave | 1 | Cup, Shaker or Quart |
| 1 | Bowl (plastic) | 1 | Cup, Insulated (less than 24 ounces) |
| 1 | Calendar or Date Book (no metal or hard binding, current year only - prior years count as personal papers under part 2) | 1 | Dental Picks (pack) |
| | | 1 | Dentures (set) |
| | | 1 | Denture Bath |
| 1 | Conditioner, Hair | 1 | Denture Brush |
| 1 | Comb (plastic) | 1 | Denture Cream |
| 1 | Cotton Swabs (pack) | 2 | Deodorant |

## APPROVED PROPERTY LIST FOR ADX GENERAL POPULATION, J-UNIT (A RANGE), K-UNIT

| | | | | |
|---|---|---|---|---|
| 1 | Earplugs (pair) | 2 | Soap (bar or liquid) |
| 50 | Envelope | 1 | Soap Dish |
| 1 | Eyeglasses (no metal, includes prescription sunglasses.  See note at end.) | 1 | Spoon (plastic) |
| | | 1 | Sun Block (lotion) |
| 1 | Eyeglass Case (no metal) | 1 | Toothbrush |
| 1 | Hairbrush (plastic) | 2 | Toothpaste |
| 1 | Hair Pomade/Gel | 1 | Watch (plastic with Velcro band) |
| 1 | Headset (over the ear or ear bud type) | 1 | Wedding band (plain, no stones) |
| 1 | Kleenex (pack) | 2 | Writing Pad |
| 10 | Lotion Packet (body) | | |
| 1 | Lotion (body) | | |
| 1 | Mouthwash | | |
| 4 | Pencil (writing) | | |
| 2 | Pen (black/blue ink, no metal refill) | | |
| 25 | Photo (**12 per mailing**, loose, 8"x10" or less, no polaroid or nude/sexually explicit) | | |
| 1 | Photo Album (full, photos less than 8"x10") | | |
| 1 | Plaque Rinse | | |
| 1 | Powder, Bath | | |
| 2 | Shampoo | | |
| 2 | Shaving Cream | | |

**Part 7 - HOBBY CRAFT** - (See section 4, paragraph E of this supplement)

| | | | | |
|---|---|---|---|---|
| 15 | Beads, Pony (package, 6mm x 9mm) | 1 | Eraser, Art (gum) |
| 1 | Crochet Hook (h-hook, plastic) | 6 | Paint Brush, Watercolor |
| 1 | Crochet Hook (I-hook, plastic) | 12 | Paper Stump, Gray, various sizes |
| 1 | Crochet Needle (3", plastic) | 84 | Pastels (drawing pencils or sticks) |
| 1 | Drawing Board (24" x 30") | 60 | Pencil (colored, drawing) |
| 3 | Drawing Pad (50 sheets) | 36 | Watercolors, Dry Cake |
| 3 | Drawing Paper (of each color, loose sheets) | 30 | Yarn (skeins; no dark blue, black, or red) |

**HARDCOVER BOOKS:** Personally owned hardcover books <u>currently</u> in possession of the inmate <u>are authorized</u>, including those received in incoming property for inmate transfers. Subsequent books will be received in soft cover form <u>only</u> pursuant to the Institution Supplement on Incoming Publications.

**MEDICATIONS / MEDICAL SUPPLIES / EYEGLASSES:** Approved items issued by and verified with the Health Services Department only.  Excess or expired prescription medications are to be given to the Pharmacist for final determination and plainly noted on the BP-383 as such.  Eyeglasses will be handled in accordance with section 4, paragraph J of this supplement.

**NUDE / SEXUALLY EXPLICIT PUBLICATIONS:** Publications of this nature are not permitted; Questionable publications should be referred to the ISM, Assistant ISM, or if after normal hours, the Shift Lieutenant

**PROPERTY RESTRICTION:** All inmates placed on a "property restriction" sanction shall be permitted only those personal hygiene items necessary to maintain proper hygiene standards: 1 toothbrush, 1 tooth paste, 1 soap, 1 shampoo.  Other items will be issued only at the discretion of the Shift Lieutenant.

**SEWING KITS / CLOTHING REPAIRS:** Sewing kits are not authorized for possession or institution issue.  The ADX laundry may make repairs (machine stitching only, no patches or alterations) to personal sweat pants, sweat shirts, gym shorts, thermal underwear and T-shirts if possible.  Personal socks and hats cannot be repaired by the Laundry Department.   Laundry staff will make the determination whether or not clothing items are repairable

# APPROVED PROPERTY LIST FOR ADX CONTROL UNIT

**Part 1 - INSTITUTION ISSUE** (in addition to personally owned items) - Clothing **must** be moved with any inmate transferring from one unit to another. Laundry will provide a bed roll for inmates moving from one unit to another.

| | | | | |
|---|---|---|---|---|
| 1 | Adapter, TV (for headphones, if needed) | | 1 | Pillow |
| 3 | Blanket (wool or limit 2 thicker non-wool) | | 2 | Pillow Cover |
| 1 | Box, Cardboard (3'x1'x1', for legal paperwork only) | | 4 | Sheets, Bed |
| 10 | Envelopes (pre-stamped with return address) | | 1 | Shoes, Velcro/Lace-up (pair) |
| 1 | Cup (brown plastic) | | 1 | Shower Curtain |
| 1 | Fork/Spoon Combo (plastic) | | 5 | Socks (pair) |
| 1 | Ice Bucket | | 1 | Television/Radio Unit |
| 1 | Gloves (pair, white, full-fingered, winter only) | | 4 | Towels |
| 1 | Headphone Cord Extension | | 1 | Trash Can |
| 1 | Knit Hat | | 5 | Undershorts (boxer) |
| 2 | Laundry Bag | | 5 | Undershirt |
| 3 | Library Book | | 4 | Wash Cloth |
| 1 | Mattress (excess with signed medical slip only) | | 1 | Winter Coat (winter only, kept in unit, not in cell) |

**Part 2 - PUBLICATIONS, CORRESPONDENCE & PAPERWORK**

- 8   Book (leisure, religious, reference, etc.) Personal legal books are not included in this limit, but counted instead as part of the three (3) cubic feet limit of legal papers. Approved and current Education courses are also exempt from this limit.)
- 3   Newspaper (NO date limitation)
- 3   Magazine (NO date limitation. See note at end of attachment for nude or sexually explicit materials)
- 20  Personal Letters
- 1   Cubic Foot Personal Papers (example: receipts, property forms, etc.)
- 3   Cubic Feet of Legal Papers. (No excess unless approved by the Institution Attorney.)
- 60  Stamps, Postage (First class or various denominations, not to exceed value of 60 first class stamps)

**Part 3 - COMMISSARY PERISHABLES**   Refer to the Current Commissary List (Retention limits are equal to commissary purchase limits). (Must be in original packaging to retain)

**Part 4 - RELIGIOUS ARTICLES** - Religious medallions must be non-metallic. New arrivals permitted non-metallic only.

- 2   Head Gear, Religious (Native-American Bandanna, Rastafarian Crown, Islamic Kufi or Jewish Yarmulke)
- 1   Medallion, Religious (see note above for material)
- 8   Pamphlet/Brochure, Religious (in addition to books outlined in Part 2)
- 1   Prayer Beads
- 2   Prayer Oil (2 or 1 ounce)
- 1   Prayer Rug

**Part 5 - PERSONAL CLOTHING (In addition to institution issue)-**

| | | | | |
|---|---|---|---|---|
| 1 | Athletic Supporter | | 1 | Shower Cap |
| 1 | Cap, Baseball (white/grey only, no logo) | | 3 | Socks (pair, white only) |
| 1 | Gloves (workout ) | | 1 | Sweat Band |
| 5 | Handkerchief (white only) | | 2 | Sweat Pants (white/grey only) |
| 1 | Handkerchief (non-white from commissary) | | 2 | Sweat Shirt (white/grey only) |
| 2 | Shorts (gym, white/grey only) | | 3 | Thermals (sets, white/grey only) |
| 1 | Shoes, Shower (pair) | | 5 | Undershorts (white, boxer-type) |
| 2 | Shoes, Tennis (pair, predominately white/black only) | | 3 | Undershirts (crew type, white/grey only) |
| 3 | Long Sleeve Shirts (grey/white) | | 3 | Undershirts (tank type, white/grey only) |
| 2 | Shoelaces (pair, 54" or less) | | | |

**Part 6 - MISCELLANEOUS PERSONAL PROPERTY -**

| | | | | |
|---|---|---|---|---|
| 1 | Address Book | | 1 | Headset (over the ear or ear bud type) |
| 1 | Aftershave | | 1 | Kleenex (pack) |
| 1 | Bowl (plastic) | | 10 | Lotion Packet (body) |
| 1 | Calendar or Date Book (no metal or hard binding, current year only - prior years count as personal papers under part 2) | | 1 | Lotion (body) |
| | | | 1 | Mouthwash |
| | | | 4 | Pencil (writing) |
| 1 | Conditioner, Hair | | 2 | Pen (black/blue ink, no metal refill) |
| 1 | Comb (plastic) | | 25 | Photo (**12 per mailing**, loose, 8"x10" or less, no polaroid or nude/sexually explicit) |
| 1 | Cotton Swabs (pack) | | | |
| 1 | Cup, Drink (institution issue or personal) | | 1 | Photo Album (full, photos less than 8"x10") |
| 1 | Cup, Shaker or Quart | | 1 | Plaque Rinse |
| 1 | Cup, Insulated (less than 24 ounces) | | 1 | Powder, Bath |

## APPROVED PROPERTY LIST FOR ADX CONTROL UNIT

| | | | | |
|---|---|---|---|---|
| 1 | Dental Picks (pack) | 2 | Shampoo |
| 1 | Dentures (set) | 2 | Shaving Cream |
| 1 | Denture Bath | 2 | Soap (bar or liquid) |
| 1 | Denture Brush | 1 | Soap Dish |
| 1 | Denture Cream | 1 | Spoon (plastic) |
| 2 | Deodorant | 1 | Sun Block (lotion) |
| 1 | Earplugs (pair) | 1 | Toothbrush |
| 50 | Envelope | 2 | Toothpaste |
| 1 | Eyeglasses (no metal, includes prescription sunglasses. See note at end.) | 1 | Watch (plastic with Velcro band) |
| | | 1 | Wedding band (plain, no stones) |
| 1 | Eyeglass Case (no metal) | 2 | Writing Pad |
| 1 | Hairbrush (plastic) | | |
| 1 | Hair Pomade/Gel | | |

**Part 7 - HOBBY CRAFT** - (hobby craft is only authorized on DS for GP inmates) - See section 4, paragraph E of this supplement

| | | | | |
|---|---|---|---|---|
| 15 | Beads, Pony (package, 6mm x 9mm) | 1 | Eraser, Art (gum) |
| 1 | Crochet Hook (h-hook, plastic) | 6 | Paint Brush, Watercolor |
| 1 | Crochet Hook (I-hook, plastic) | 12 | Paper Stump, Gray, various sizes |
| 1 | Crochet Needle (3", plastic) | 84 | Pastels (drawing pencils or sticks) |
| 1 | Drawing Board (24" x 30") | 60 | Pencil (colored, drawing) |
| 3 | Drawing Pad (50 sheets) | 36 | Watercolors, Dry Cake |
| 3 | Drawing Paper (of each color, loose sheets) | 30 | Yarn (skeins; no dark blue, black, or red) |

**HARDCOVER BOOKS:** Personally owned hardcover books currently in possession of the inmate are authorized, including those received in incoming property for inmate transfers. Subsequent books will be received in soft cover form only pursuant to the Institution Supplement on Incoming Publications.

**MEDICATIONS / MEDICAL SUPPLIES / EYEGLASSES:** Approved items issued by and verified with the Health Services Department only. Excess or expired prescription medications are to be given to the Pharmacist for final determination and plainly noted on the BP-383 as such. Eyeglasses will be handled in accordance with section 4, paragraph J of this supplement.

**NUDE / SEXUALLY EXPLICIT PUBLICATIONS:** Publications of this nature are not permitted; Questionable publications should be referred to the ISM, Assistant ISM, or if after normal hours, the Shift Lieutenant.

**PROPERTY RESTRICTION:** All inmates placed on a "property restriction" sanction shall be permitted only those personal hygiene items necessary to maintain proper hygiene standards: 1 toothbrush, 1 toothpaste, 1 soap, 1 shampoo. Other items will be issued only at the discretion of the Shift Lieutenant.

**SEWING KITS / CLOTHING REPAIRS:** Sewing kits are not authorized for possession or institution issue. The ADX laundry may make repairs (machine stitching only, no patches or alterations) to personal sweat pants, sweat shirts, gym shorts, thermal underwear and T-shirts if possible. Personal socks and hats cannot be repaired by the Laundry Department. Laundry staff will make the determination whether or not clothing items are repairable

**Part 1 - INSTITUTION ISSUE** (in addition to personally owned items) - Clothing must be moved with any inmate transferring from one unit to another. Laundry will provide a bed roll for inmates moving from one unit to another.

FLM 5580.08B     Inmate Personal Property     Attachment 2     Page 2 of 2

# APPROVED PROPERTY LIST FOR ADX SPECIAL SECURITY UNIT (H-UNIT) AND J-UNIT (B-RANGE)

| | | | | |
|---|---|---|---|---|
| 1 | Adapter, TV (for headphones, if needed) | | 1 | Pillow |
| 3 | Blanket (wool or limit 2 thicker non-wool) | | 2 | Pillow Cover |
| 1 | Box, Cardboard (3'x1'x1', for legal paperwork only) | | 4 | Sheets, Bed |
| 10 | Envelopes (pre-stamped with return address) | | 1 | Shoes, Velcro/Lace-up (pair) |
| 1 | Cup (brown plastic) | | 1 | Shower Curtain |
| 1 | Fork/Spoon Combo (plastic) | | 5 | Socks (pair) |
| 1 | Ice Bucket | | 1 | Television/Radio Unit |
| 1 | Gloves (pair, white, full-fingered, winter only) | | 4 | Towels |
| 1 | Headphone Cord Extension | | 1 | Trash Can |
| 1 | Knit Hat | | 5 | Undershorts (boxer) |
| 2 | Laundry Bag | | 5 | Undershirt |
| 3 | Library Book | | 4 | Wash Cloth |
| 1 | Mattress (excess with signed medical slip only) | | 1 | Winter Coat (winter only, kept in unit, not in cell) |

## Part 2 - PUBLICATIONS, CORRESPONDENCE & PAPERWORK

| | |
|---|---|
| 8 | Book (leisure, religious, reference, etc.) Personal legal books are not included in this limit, but counted instead as part of the three (3) cubic feet limit of legal papers.   Approved and current Education courses are also exempt from this limit.) |
| 3 | Newspaper (NO date limitation) |
| 3 | Magazine (NO date limitation.   See note at end of attachment for nude or sexually explicit materials) |
| 20 | Personal Letters |
| 1 | Cubic Foot Personal Papers (example: receipts, property forms, etc.) |
| 3 | Cubic Feet Legal Papers. (No excess unless approved by the Institution Attorney.) |
| 60 | Stamp, Postage (First class or various denominations, not to exceed value of 60 first class stamps) |

## Part 3 - COMMISSARY PERISHABLES    Refer to the current ADX Special Security Unit Commissary List.
(Retention limits equal to commissary purchase limits). (Must be in original packaging to retain)

## Part 4 - RELIGIOUS ARTICLES - Religious medallions must be non-metallic. New arrivals permitted non-metallic only.

| | |
|---|---|
| 2 | Head Gear, Religious (Native-American Bandanna, Rastafarian Crown, Islamic Kufi or Jewish Yarmulke) |
| 1 | Medallion, Religious (see note above for material |
| 8 | Pamphlet/Brochure, Religious (in addition to books outlined in Part 2) |
| 1 | Prayer Beads |
| 2 | Prayer Oil (2 or 1 ounce) |
| 1 | Prayer Rug |

## Part 5 - PERSONAL CLOTHING (In addition to institution issue) -

| | | | | |
|---|---|---|---|---|
| 1 | Athletic Supporter | | 1 | Shower Cap |
| 1 | Cap, Baseball (white/grey only, no logo) | | 3 | Socks (pair, white only) |
| 2 | Gloves (workout) | | 1 | Sweat Band |
| 5 | Handkerchief (white only) | | 2 | Sweat Pants (white/grey only) |
| 1 | Handkerchief (non-white from commissary) | | 2 | Sweat Shirt (white/grey only) |
| 2 | Shorts (gym, white/grey only) | | 3 | Thermals (sets, white/grey only) |
| 1 | Shoes, Shower (pair) | | 5 | Undershorts (white, boxer-type) |
| 2 | Shoes, Tennis (pair, predominately white/black only) | | 3 | Undershirts (crew type, white/grey only) |
| 3 | Long Sleeve Shirts (grey/white) | | 3 | Undershirts (tank type, white/grey only) |
| 2 | Shoelaces (pair, 54" or less) | | | |

## Part 6 - MISCELLANEOUS PERSONAL PROPERTY -

| | | | | |
|---|---|---|---|---|
| 1 | Address Book | | 1 | Headset (over the ear or ear bud type) |
| 1 | Aftershave | | 1 | Kleenex (pack) |
| 1 | Bowl (plastic) | | 10 | Lotion Packet (body) |
| 1 | Calendar or Date Book (no metal or hard binding, current year only - prior years count as personal papers under part 2) | | 1 | Lotion (body) |
| | | | 1 | Mouthwash |
| | | | 4 | Pencil (writing) |
| 1 | Conditioner, Hair | | 2 | Pen (black/blue ink, no metal refill) |
| 1 | Comb (plastic) | | 25 | Photo (**12 per mailing**, loose, 8"x10" or less, no polaroid or nude/sexually explicit) |
| 1 | Cotton Swabs (pack) | | | |
| 1 | Cup, Drink (institution issue or personal) | | 1 | Photo Album (full, photos less than 8"x10") |
| 1 | Cup, Shaker or Quart | | 1 | Plaque Rinse |

FLM 5580.08B    Inmate Personal Property    Attachment 3
Page 1 of 2

# APPROVED PROPERTY LIST FOR ADX SPECIAL SECURITY UNIT (H-UNIT) AND J-UNIT (B-RANGE)

| | | | | |
|---|---|---|---|---|
| 1 | Cup, Insulated (less than 24 ounces) | | 1 | Powder, Bath |
| 1 | Dental Picks (pack) | | 2 | Shampoo |
| 1 | Dentures (set) | | 2 | Shaving Cream |
| 1 | Denture Bath | | 2 | Soap (bar or liquid) |
| 1 | Denture Brush | | 1 | Soap Dish |
| 1 | Denture Cream | | 1 | Spoon (plastic) |
| 2 | Deodorant | | 1 | Sun Block (lotion) |
| 1 | Earplugs (pair) | | 1 | Toothbrush |
| 50 | Envelope | | 2 | Toothpaste |
| 1 | Eyeglasses (no metal, includes prescription sunglasses. See note at end.) | | 1 | Watch (plastic with Velcro band) |
| | | | 1 | Wedding band (plain, no stones) |
| 1 | Eyeglass Case (no metal) | | 2 | Writing Pad |
| 1 | Hairbrush (plastic) | | | |
| 1 | Hair Pomade/Gel | | | |

**Part 7 - HOBBY CRAFT** - See section 4, paragraph E of this supplement

| | | | | |
|---|---|---|---|---|
| 15 | Beads, Pony (package, 6mm x 9mm) | | 1 | Eraser, Art (gum) |
| 1 | Crochet Hook (h-hook, plastic) | | 6 | Paint Brush, Watercolor |
| 1 | Crochet Hook (I-hook, plastic) | | 12 | Paper Stump, Gray, various sizes |
| 1 | Crochet Needle (3", plastic) | | 84 | Pastels (drawing pencils or sticks) |
| 1 | Drawing Board (24" x 30") | | 60 | Pencil (colored, drawing) |
| 3 | Drawing Pad (50 sheets) | | 36 | Watercolors, Dry Cake |
| 3 | Drawing Paper (of each color, loose sheets) | | 30 | Yarn (skeins; no dark blue, black, or red) |

**HARDCOVER BOOKS:** Personally owned hardcover books <u>currently</u> in possession of the inmate <u>are authorized</u>, including those received in incoming property for inmate transfers. Subsequent books will be received in soft cover form <u>only</u> pursuant to the Institution Supplement on Incoming Publications.

**MEDICATIONS / MEDICAL SUPPLIES / EYEGLASSES:** Approved items issued by and verified with the Health Services Department only. Excess or expired prescription medications are to be given to the Pharmacist for final determination and plainly noted on the BP-383 as such. Eyeglasses will be handled in accordance with section 4, paragraph J of this supplement.

**NUDE / SEXUALLY EXPLICIT PUBLICATIONS:** Publications of this nature are not permitted, Questionable publications should be referred to the ISM, Assistant ISM, or if after normal hours, the Shift Lieutenant.

**PROPERTY RESTRICTION:** All inmates placed on a "property restriction" sanction shall be permitted only those personal hygiene items necessary to maintain proper hygiene standards: 1 toothbrush, 1 toothpaste, 1 soap, 1 shampoo. Other items will be issued only at the discretion of the Shift Lieutenant.

**SEWING KITS / CLOTHING REPAIRS:** Sewing kits are not authorized for possession or institution issue. The ADX laundry may make repairs (machine stitching only, no patches or alterations) to personal sweat pants, sweat shirts, gym shorts, thermal underwear and T-shirts if possible. Personal socks and hats cannot be repaired by the Laundry Department. Laundry staff will make the determination whether or not clothing items are repairable.

# APPROVED PROPERTY LIST FOR ADX DISCIPLINARY SEGREGATION

**Part 1 - INSTITUTION ISSUE** (in addition to personally owned items)

| | | | |
|---|---|---|---|
| 2 | Blanket (wool or limit 2 thicker non-wool) | 1 | Pillow |
| 1 | Cup (brown plastic) | 2 | Pillow Cover |
| 1 | Fork/Spoon Combo (plastic) | 4 | Sheets, Bed |
| 1 | Ice Bucket | 1 | Shoes, Deck (pair) |
| 2 | Laundry Bag | 1 | Shower Curtain |
| 1 | Mattress (excess with signed medical slip only) | 4 | Socks (pair) |
| 3 | Pencil | 2 | Towels |
| 2 | Wash Cloth | 4 | Undershorts (boxer) |
| | | 4 | Undershirt |

**Part 2 - PUBLICATIONS, CORRESPONDENCE & PAPERWORK**

- 2 — Book (leisure, religious, reference, etc.) Personal legal books are not included in this limit, but counted instead as part of the three (3) cubic feet limit of legal papers.   Approved and <u>current</u> Education courses are also exempt from this limit.)
- 2 — Newspaper, or Magazine (NO date limitation.   2 Total)
- 10 — Personal Letters
- 1 — Cubic Feet Legal Papers. (Active case only upon verification of unit team.)
- 20 — Stamp, Postage (First class or various denominations, not to exceed value of 60 first class stamps)

**Part 3 - COMMISSARY PERISHABLES-**    (Refer to the Current ADX Commissary List) (Retention limit equal to purchase limit). Must be in original packaging to retain.

**Inmates sanctioned to DS are prohibited from commissary items with the exception of over the counter medication.**

**Part 4 - RELIGIOUS ARTICLES -** Religious medallions must be non-metallic. New arrivals permitted non-metallic only.

- 2 — Head Gear, Religious (Native-American Bandanna, Rastafarian Crown, Islamic Kufi or Jewish Yarmulke)
- 1 — Medallion, Religious (Non-Metallic, not to exceed $100)
- 8 — Pamphlet/Brochure, Religious (in addition to books outlined in Part 2)
- 1 — Prayer Beads
- 2 — Prayer Oil (2 or 1 ounce)
- 1 — Prayer Rug

**Part 5 - PERSONAL CLOTHING** (In addition to institution issue) –

- 1 — Shoes, Shower (pair)
- 1 — Shoes, Tennis (pair, predominately white/black only)
- 1 — Prescription Glasses (No sunglasses)
- 1 — Wedding Band (Plain, No stones)
- 1 — Watch

**Part 6 - MISCELLANEOUS PERSONAL PROPERTY -**

| | | | |
|---|---|---|---|
| 1 | Address Book | 1 | Hair Pomade/Gel |
| 1 | Aftershave | 1 | Headset (ear bud type) |
| 1 | Conditioner, Hair | 1 | Kleenex |
| 1 | Afro Pick(plastic) | 1 | Lotion (body) |
| 1 | Cotton Swabs (pack) | 1 | Mouthwash |
| 1 | Cup, Drink (institution issue or personal) | 20 | Photo (12 per mailing, loose, 8"x10" or less, no polaroid or nude/sexually explicit) |
| 1 | Cup, Shaker or Quart | | |
| 1 | Cup, Insulated (less than 24 ounces) | | |
| 1 | Dental Picks (pack) | 1 | Plaque Rinse |
| 1 | Dentures (set) | 1 | Powder, Bath |
| 1 | Denture Bath | 1 | Shampoo |
| 1 | Denture Brush | 1 | Shaving Cream |
| 1 | Denture Cream | 2 | Soap (bar or liquid) |
| 1 | Deodorant | 1 | Soap Dish |
| 1 | Ear Plugs | 1 | Toothbrush |
| | | 1 | Toothpaste |