IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

1:20-cv-02516-RBJ-KMT

Khalfan Khamis Mohamed
  Plaintiff

v. Jones, et al
  Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN = 1 2021
JEFFREY P. COLWELL
         CLERK

PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of Fed. R. of Civ. Proc., plaintiff files the motion to ask the court to allow him to file his second amended complaint. For the reasons stated bellow, plaintiff asks the court to grant this motion and accept his second amended complaint and direct the defendants to respond.

1- Rule 15(a)(2) states that, in other amendments besides that is made as a matter of course, like here," the court should freely give leave when justice so requires".

2- The justice here requires such granting because: In his second amended complaint, plaintiff, **first**: adds several claims against the defendant, U. States (claim 11 through 15). These are tort claims which plaintiff could not include in his first amended complaint because at the time of filing of that document; the BOP, the agency that plaintiff filed his administrative tort claim, had not yet issued it's "final denial". See also, court's order, doc. 6, at p. 5 (stating that plaintiff has to have the final denial before he can sue the United... on tort claims). Plaintiff then, stated that he'll ask for the court's leave to amend once he receive the final denial... See plaintiff's first amended complaint, doc. 9, note "1", page 2. **Second**: In his second amended complaint, plaintiff clarifys some of his factual allegations. He believes that such clarification was necessary after reviewing the defendants' motion to dismiss. And **third**: the proposed second amended complaint will not result to any prejudice against the defendants. Plaintiff believes that the defendants were expecting plaintiff to amend again his complaint due the the known fact, he had already expressed his intention previously, to include tort claims...

(1)

3- Plaintiff attached herein with this motion, his "Second amended complaint" as exh. 1, pursuant to D.C. Colo. L.Civ.R 15.1 (a).

4- Plaintiff read the reference local rule... Somewhat, plaintiff had hard time to understand the rule. But to extent, the rule requires plaintiff to include in his Second Amended Complaint the previous pleadings "the text to be deleted" (and ~~striked through~~) and the new pleading "the text to be added" (and underlined). Then plaintiff asks this court to use its descretion to releave plaintiff of such requirement... because, plaintiff is only allowed to put all his 15-claims in the 30-pages complaint... The 30-pages just can't be enough to include the old and new pleadings.

For the above mentioned reasons, plaintiff ask the court to grant this motion, accepting his second amended Complaint, attached here as Ex. 1, and direct the defendant to respond.

Dated May 19, 2021
ADX-Florence, PO Box 8500
Florence, CO 81226-8500

Khayfan Kh. Mohamed. 44623-054
May 19, 2021
S/ Mohammed

CERTIFICATE OF SERVICE

I, Khayfan Kh. Mohamed, hereby certify that on may 19, 2021, have mailed out my "Motion for leave to file Second Amended Complaint", along with the referenced complaint, as exh. 1, and other exhibits to that complaint.. The envelop is addressed to:

Office of the Clerk
United States District Court
901-19th Street, Room A 105
Denver, CO 80294-3589.

Dated May 19, 2021
ADX-Florence, PO Box 8500
Florence, CO 81226-8500

Khayfan Kh. Mohamed, 44623-054
May 19, 2021
S/ Mohammed.

(2)

DOCUMENTS ENCLOSED:

1- Motion for leave to file second Amended Complaint.
2- My proposed "Second Amended Complaint", as Ex. 1.
3- Exh. 1- through Exh. 9 (These are exhibits for the amended complaint)



LEGAL MAIL

TO: Office of the Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

LEGAL MAIL

Name: Khalfan Khamis Mohamed
Reg No: 44623-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
$ 000.000
02 1P   MAY 21 2021
0001126313
MAILED FROM ZIP CODE 81226

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: MAY 21 2021

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.