IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02516-RBJ-KMT

Khalfan Khamis Mohamed
  Plaintiff

V.

Jones, et al,
  Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 04 2021
JEFFREY P. COLWELL
CLERK

PLAINTIFF'S MOTION FOR INFORMING THE COURT THE REASON OF HIS FAILURE TO MEET THE DEADLINE FOR FILING HIS SECOND AMENDED COMPLAINT, AND FOR ASKING TO COURT TO ACCEPT THE SECOND AMEND. COMP.

Plaintiff filing this motion for two main reasons: first, to inform the court why plaintiff failed to meet the May 24, 2021 deadline to file his amended complaint (see doc. 51)(court's order, giving plaintiff untill May 24, 2021). And second: Even though plaintiff unintentionally, failed to meet that deadline, the court should accept the second amended complaint. Plaintiff states the following:

1- Plaintiff for past several weeks had worked with all of his efforts in amending his complaint in order to meet the court's above deadline. See exh. 1, at. 2. (Plaintiff's declaration attached here).

2- Plaintiff submitted his second amended complaint, motion for leave to file such complaint and attached exhibits to the D-unit counselor in May 17, 2021, for the counselor to weigh the documents and informed plaintiff how many stamps needed. The counselor, in the following day, informed plaintiff that 12-stamps were needed to mail the mail to the court (0.55- stamps). Id. at. 3-4.

(1)

3- On may 19, 2021, plaintiff submitted the same mail to the counselor for mailing it to the court after placing 13-stamps on the envelope; one stamp extra, just to make sure that the stamps are more than enough. Plaintiff didn't add any additional papers in the envelope and the mail was prepared and submitted as a "legal mail" with all requirements necessary for a legal mail. At, Id, 5, 6.

4- Yesterday, may 26, 2021, a week after plaintiff submitted the mail for mailing, the counselor informed plaintiff that: the mail was sent back by the postal services because one additional stamp was needed. Plaintiff immediately gave the counselor one more stamp (0.55) and he said he'll mail the legal mail again. Id. at. 7

5- Plaintiff do not know why the mail was sent back for additional stamp.... even after placing one additional stamp on the envelope, plaintiff also don't know why it took a whole week for the mail to come back to the unit, and him to be informed of the need of additional stamp. Finally, plaintiff has no control over the mail processing or its safety after he submit the mail to the unit counselor. Id. at. 8, 9.

For these reasons, plaintiff ask the court to accept his second amended complaint.

Dated may 27, 2021
ADX max, P O BOX 8500           Khalfan Kh. mohamed, 44623-054
Florence Co, 81226-8500         may 27, 2021.
                                S/ muhamed.

CERTIFICATE OF MAILING:

I, Khalfan Kh. mohamed, hereby certify that on may 27, 2021, have mailed this motion with EX, (Declaration) to the following court address:
Office of the Clerk, United States District Court, 901-19th St., Room A105
Denver, Co 80294-3589.

Dated: may 27, 2021.
ADX-max, P O BOX 8500          Khalfan Kh. mohamed, 44623-054
Florence Co, 81226,            S/ mohammed.

(2)

Attachment:1:
Ex:1, Declaration.



DENVER CO 802

2 JUN 2021 PM 3 L

LEGAL MAIL

Name Khalfa Khamis Mohamed
Reg. No. 44623-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

80294-250151

LEGAL MAIL

TO: Office of the Clerk
United States District Court
901-19th Street, Room A 105
Denver, CO 80294-3589

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

JUN 0 2 2021

LEGAL MAIL

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.