**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02516-RBJ-KMT

KHALFAN KHAMIS MOHAMED,

      Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
BRUSH,
ESPINOZA,
MILLER,
LT. MURTON, and
LT. ARMIJO,

      Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT (ECF NO. 56)**

---

On June 1, 2021, Plaintiff filed a Motion for Leave to File His Second Amended

Complaint (the "Motion"), ECF No. 56, along with a proposed Second Amended Complaint.

The Court directed Defendants to respond to the Motion on or before June 22, 2021.  *See* ECF

No. 58.  Defendants do not oppose Plaintiff's Motion.

If the Court grants Plaintiff's Motion and dockets the Second Amended Complaint,

Defendants anticipate filing a motion to dismiss Plaintiff's Second Amended Complaint.  Since

Plaintiff's proposed Second Amended Complaint includes six new claims,[1] Defendants

---

[1] The Second Amended Complaint contains five new numbered claims (Claims 11-15), each of

1

anticipate moving for a reasonable extension of time to respond to the Second Amended

Complaint.  Defendants will make that request in a separate, formal motion.

Respectfully submitted on this 22nd day of June, 2021.

MATTHEW T. KIRSCH
Acting United States Attorney

s/ *Jennifer R. Lake*
Jennifer R. Lake
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: jennifer.lake@usdoj.gov
Counsel for Defendants

---

which are based on different facts and one of which, Claim 15, has two subparts.  *See* ECF No.
56-1 at 25-27 (describing claims, and asserting Claim 15-A based on "intentional failure to
diagnose my ankle injury for 7-weeks" and Claim 15-B based on "Intentional Deprevation [sic]
of Pain medication for almost 8-months.").

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 22, 2021, I served the foregoing document on the following non-CM/ECF participant in the manner indicated:

Khalfan Khamis Mohamed (U.S. mail)
Reg. No. 44623-054
ADX – Florence
P.O. Box 8500
Florence, CO  81226

s/ *Jennifer R. Lake*
Jennifer R. Lake
United States Attorney's Office