IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE No. 1:20-cv-02516-RBJ-KMT

Khalfan Khamis Mohamed
, Plaintiff,

v.

Jones, et al.,
Defendants.

## PLAINTIFF'S MOTION FOR THE DOCKET SHEET, AND FOR RBJ CIV. PRACTICE STANDARD

Plaintiff respectfully asks the court for these two refranced documents, and states the following:

1- Plaintiff needs to have a lates portion of the docket sheet so he can use in refrancing while files his pleadings/briefs with court....

2- Previously, plaintiff had requested and granted a copy for the docket sheet. That docket sheet covered, document, 1-36. See the court order, doc. 36. filed on 03.02.2020.

3- In this motion, plaintiff requests the portion of the docket sheet from, doc. 37- onwards.

4- Plaintiff asks for a copy of the District Judge's (RBJ) Civ. Practice Standard so he can follow the proper standards that the Judge instructed to be followed on the pleadings.

For the reasons stated, plaintiff asks the court to grant his motion.

Dated 7.26.2021
ADX, PO Box 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed # 44623-054
7.26.2021
S/ Mohammed.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 02 2021
JEFFREY P. COLWELL
CLERK

CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, hereby certifys that on this 26th day of July 26, 2021, have mailed my attached Motion addressed to:

Office of the Clerk
United States District Court
901 - 19th St., Room A105
Denver, CO 80294-3589.

Dated 7.26.2021.        Khalfan Kh. Mohamed #44623-054
ADX, PO BOX 8500        7.26.2021
Florence, CO 81226-8500        s/Mohammed.

**Name:** Khalfan Khamis Mohamed
**Reg. No.:** 44623-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE COLORADO 81226

JUL 28 2021

DATE: _____ "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

To: The Office of The Clerk
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

80294-250151

DENVER CO 802
29 JUL 2021 PM 3 L

LEGAL MAIL