F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 08 2021

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02516 - RBJ-KMT

Khalfan Khamis Mohamed

Plaintiff(s),

v.

_____

Defendant(s).

## PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a [✓] plaintiff [ ] defendant **[Select which side you are in your case]** in this civil case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my [✓] claims [ ] defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C.COLO.LAttyR 15(e)(1), this motion may not be ruled upon before the court completes the initial review of this case required by 28 U.S.C. §§ 1915(e)(2), 1915A and D.C.COLO.LCivR 8.1. I also understand that the court may deny this motion without prejudice with leave to re-file after the initial review is completed, if the case is not dismissed. I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm my understanding

1

that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only that a member of the Civil Pro Bono Panel will review the case for possible representation, which may be limited in scope.

Under the court's Civil Pro Bono Representation rule, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment, subject to the eligibility restrictions and other provisions of D.C.COLO.LAttyR 15:

(1) the nature and complexity of the action **[Briefly describe below]**;

Seriously contested case, with excess-force, delib. indiff., 1st Amend., and Tort claims... all of which denied by the defendants... I need declarations from prisoners witnesses I don't know where they're. Need expert witness.

(2) the potential merit of the claims or defenses of the unrepresented party **[Briefly describe below]**;

Deliberate Indifference and excessive force claims are based on Supreme Court and 10th Circuit well established law. Also, 3-battery claims are not contested by the defendent in their motion to Dismiss.

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means **[Briefly describe below]**;

I'm financially very poor, can't afford to hire an attorney nor an expert. I've contacted 7 different law firms and indiv. attorney but none agreed to take my case.

2

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel [Briefly describe below]:

*Very high degree... Positive out come will deter prison staff from violating prisoners rights... The court will highly benefit via balanced representantion, and speedy and fair justice and process.*

D.C.COLO.LAttyR 15(f)(1)(B); Hill v. SmithKline Beecham Corp., 393 F.3d 1111, 1115 (10th Cir. 2004).

[Please check one or both of the following options:]

[✓] **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

[✓] **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

*If general representantion is impossible; limited one I request for assisting to get an expect witness (claim 1.5), conduct depositions, and collect prisoners declarations.*

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

Dated at ADX, Florence (city), CO (state), this 3rd day of November, 2021.

Khalfan Khamis Mohamed
(Unrepresented Prisoner's Name)

44623-054
(Prisoner Identification Number)

USP, max, PO box 8500, Florence, CO 81226-8500.
(Complete Mailing Address)

4

Name: Khalfan Khamis Mohamed
Reg No: 44623-054
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL

To: Office of the Clerk
United States District Court
901-19th St, Room A105
Denver, CO 80294-3589

LEGAL MAIL

LEGAL MAIL



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: **NOV 03 2021**

**"SPECIAL/LEGAL MAIL"**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

LEGAL MAIL