# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-NYW

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES, in his individual and official capacities,
HUDDLESTON, in his individual and official capacities,
OSAGIE, in his individual and official capacities,
BRUSH, in his individual and official capacities,
ESPINOZA, in his individual capacity,
MILLER, in his individual capacity,
LT. MURTON, in his individual capacity,
LT. ARMIJO, in his individual capacity, and
UNITED STATES OF AMERICA,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on the Order entered by the Honorable R. Brooke Jackson on May 18, 2022, wherein Judge Jackson accepted the undersigned's Recommendation of United States Magistrate Judge [Doc. 103], granted in part and denied in part Defendants' first partial motion to dismiss [Doc. 71], and granted Defendants' second partial motion to dismiss [Doc. 81]. *See* [Doc. 120].

    It is hereby **ORDERED** that a Status Conference is set for **July 28, 2022 at 10:30 a.m.** in Courtroom A-502, 5th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. **Plaintiff's case manager shall use the following dial-in information at the designated time to ensure that Plaintiff can participate in the Status Conference: 888-363-4749; Access Code: 5738976#.**

DATED: May 20, 2022