**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02516-RBJ-NYW

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
BRUSH,
ESPINOZA,
MILLER,
LT. MURTON,
LT. ARMIHO, and
UNITED STATES OF AMERICA,

    Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER SECOND
AMENDED COMPLAINT**

---

Defendants respectfully move for an order extending the deadline to file an answer to the Second Amended Complaint, ECF No. 64, by 21 days, **to and including June 22, 2022**. Because Plaintiff is a federal prisoner who is representing himself, undersigned counsel did not confer with him about this motion. *See* D.C.COLO.LCivR 7.1(b)(1) (setting forth an exception to duty to confer in "a motion filed in a case involving an unrepresented prisoner").

Plaintiff's Second Amended Complaint, ECF No. 64, asserts fifteen claims against the individually named defendants and the United States. Defendants moved to dismiss twelve of the claims. *See* ECF Nos. 71 & 81. On February 22, 2022, Magistrate Judge Wang issued a 79-page Order and Recommendation on Defendants' motions to dismiss and two other motions filed

by Plaintiff (the "Recommendation"). ECF No. 103. The Recommendation recommended that three of Plaintiff's claims be dismissed, but recommended that nine of the claims that Defendants sought to dismiss be allowed to proceed. On May 18, 2022, the Court adopted the recommendations. *See generally*, ECF No. 120. Accordingly, twelve of Plaintiff's claims will proceed. *See id.* at 13.

Defendants' answer to the Second Amended Complaint is currently due on June 1, 2022. *See* Fed. R. Civ. P. 12(a)(4) (a party must serve a responsive pleading within 14 days after notice of the court's denial of a Rule 12 motion). The Second Amended Complaint consists of 181 numbered, handwritten paragraphs. *See* ECF No. 64. Due to the volume of allegations, the wide variety of remaining claims, and the large number of individuals referenced in the remaining allegations, Defendants request additional time to file their answer. Moreover, counsel for the Bureau of Prisons assigned to this matter is currently on leave, and is likely to remain on leave until the current deadline to file the answer.

The requested extension is reasonable and will not prejudice Plaintiff. A status conference has been set for July 28, 2022, *see* ECF No. 121, but even with the requested extension the answer will be on file approximately one month prior to the status conference. There are no other pending deadlines. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that this is the first extension of time that Defendants have sought to file an answer to the Second Amended Complaint. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be served on Plaintiff and upon a representative of the United States and the individual defendants.

For the reasons set forth in this motion, Defendants respectfully request that the Court set

a deadline of **June 22, 2022**, for them to file an answer to the Second Amended Complaint, ECF No. 64.

Respectfully submitted on this 24th day of May, 2022.

          COLE FINEGAN
          United States Attorney

          s/ *Jennifer R. Lake*
          Jennifer R. Lake
          Assistant United States Attorney
          United States Attorney's Office
          1801 California Street, Suite1600
          Denver, CO 80202
          Telephone: 303-454-0100
          E-mail: jennifer.lake@usdoj.gov

          Counsel for Defendants

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 24, 2022, I served the foregoing document on the following non-CM/ECF participant in the manner indicated:

Khalfan Kharmis Mohamed (U.S. mail)
Reg. No. 44623-054
ADX – Florence
P.O. Box 8500
Florence, CO  81226

I further certify that on May 24, 2022, I sent the foregoing document to the following representative of the United States and the individual defendants by email:

Adam A. Powell, Esq. (BOP attorney)

s/ *Jennifer R. Lake*
Jennifer R. Lake
United States Attorney's Office