# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-NYW

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES, in his individual and official capacities,
HUDDLESTON, in his individual and official capacities,
OSAGIE, in his individual and official capacities,
BRUSH, in his individual and official capacities,
ESPINOZA, in his individual capacity,
MILLER, in his individual capacity,
LT. MURTON, in his individual capacity,
LT. ARMIJO, in his individual capacity, and
UNITED STATES OF AMERICA,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Motion for Extension of Time to Answer Second Amended Complaint (the "Motion" or "Motion for Extension of Time") [Doc. 123]. The court considers the Motion pursuant to 28 U.S.C. § 636(b), the Order Referring Case dated November 16, 2020, [Doc. 13], and the Memorandum dated May 24, 2022. [Doc. 124].

    In the Motion, Defendants request a 21-day extension of time to answer Plaintiff's Second Amended Complaint, up to and including June 22, 2022. [Doc. 123 at 1]. Defendants assert that additional time is required to draft an answer to the operative pleading due to the voluminous nature of Plaintiff's allegations and the number of Defendants in this matter. [*Id.* at 2]. Finding good cause shown, the court will **GRANT** the Motion for Extension of Time. Defendants shall answer Plaintiff's Second Amended Complaint [Doc. 64] on or before **June 22, 2022**.

    Accordingly, it is **ORDERED** that:

    (1)    Defendants' Motion for Extension of Time to Answer Second Amended Complaint [Doc. 123] is **GRANTED**;

(2)     Defendants shall answer Plaintiff's Second Amended Complaint [Doc. 64] on or before **June 22, 2022**; and

(3)     A copy of this Minute Order shall be sent to:

Khalfan Khamis Mohamed, #44623-054
Florence ADMAX United States Penitentiary
Inmate Mail/Parcels
P.O. Box 8500
Florence, CO 81226

DATED: May 25, 2022