IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 07 2022
JEFFREY P. COLWELL
CLERK

Mohamed v. Jones, et al, Case No: 1:20-cv-02516-RBJ-MDB

## PLAINTIFF'S MOTION TO PROVIDE HIM WITH THE COURT'S RECENT ORDERS

Plaintiff, respectfully, files this motion. He asks the court to send him its recently issued orders. In particular, order Doc. # 148 through 151. He further asks the court to continue sending him all of its future orders and rulings. Plaintiff states the following:

1- On Nov. 1, 2022, plaintiff received two legal mail. One from the court and another one from his attorney, who don't represent him in the case. See Exh. 1 (declaration attached here), at. 1.

2- Plaintiff's attorney had sent him, per his own request, a portion of recent docket sheet. The docket sheet shows that there're at least 4-new orders that plaintiff didn't receive. Docket 148-through 151. Id. at 1-2.

3- Plaintiff had in the past informed this court about the issue of failing to receive some orders or failing to timely receive them. Id. at 3.

4- Plaintiff ask these and all future docs. for his own using in this case. Id. at 4.

Dated Nov. 2, 2022
ADX-Florence, PO BOX 8500
Florence CO, 81226-8500

Khayfan Mohamed
s/Mohamed

CERTIFICATE OF SERVICE:

I, Khayfan Kh. Mohamed, do certify that on Nov. 2, 22 mailed my above motion to court, addressed: office of the clerk, U.S. Dist. Court, 901-19th St, Room A105, Denver CO 80294-3589.

Dated: Nov. 2, 2022          s/Mohammed

Ex: 1: Declaration:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. Jones et al, case no. 1:20-cv-02516-RBJ-MDB

PLAINTIFF'S DECLARATION IN SUPPORT OF HIS
MOTION TO PROVIDE HIM WITH THE
COURT'S RECENT ORDERS

I, Khalfan Kh. Mohamed, make this declaration pursuant to 28 U.S.C § 1746, under penalty of perjury, and declares that these bellow statements are true and correct.

1- On Nov. 1, 2022 I received two legal mail, one was from the Court with notice, doc. 71 (of my 2nd case Mohamed v. Sam Stevens) that shows "payment received", entered on 10.27.22. The second legal mail was from my attorney, who do not represent me in neither case, with a portion of the docket sheet that was sent per my request.

2- The portion of docket sheet I received shows that the docket has several newlly issued orders that I didn't receive. In particular, I didn't receive doc. 148 through 151. I only learned about "order denying 133 motion", in docket sheet. Also here, the District Judge refranced to his "recent order", declining defendants' motion for reconsideration... I didn't receive that also.

3- I've in the past on several occassions informed this court that some times I don't receive the filed orders/documents, or I receive them untimely. This problem continue, but more receintly has been with my legal mail that comes from my attorney

4- I'm asking to be provided with the above orders for my usiting. And also, all future orders.
Dated. Nov. 2, 2022
                                             Mohamed Khalfan
                                             s/ Mohammed.

Name: Khaled Kh. M'Hamed
Reg. No.: 44623-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Legal mail

To: Office of the clerk
United States District Court
901-19th St., Room A 105
Denver CO 80294-3589

Legal mail

DENVER CO 802
4 NOV 2022 PM 8 L

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

NOV 04 2022

DATE: _____
"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal mail