IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-NYW

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

JONES,
HUDDLESTON,
OSAGIE,
BRUSH,
ESPINOZA,
MILLER,
LT. MURTON,
LT. ARMIJO, and
UNITED STATES OF AMERICA,

    Defendants.

---

## NOTICE OF APPEAL

---

Defendants appeal to the United States Court of Appeals for the Tenth Circuit from the orders entered on May 18, 2022, and October 24, 2022, denying Defendants' motion to dismiss, and denying their motion for reconsideration. ECF Nos. 120, 150.

Respectfully submitted this 22nd day of December, 2022.

                COLE FINEGAN
                United States Attorney

                *s/ Jennifer R. Lake*
                Jennifer R. Lake
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, CO 80202
                (303) 454-0100

(303) 454-0407 fax
jennifer.lake@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on December 22, 2022, I served the foregoing document on the following non-CM/ECF participant in the manner indicated:

Khalfan Kharmis Mohamed (U.S. mail)
Reg. No. 44623-054
ADX – Florence
P.O. Box 8500
Florence, CO 81226

                                                    *s/ Jennifer Lake*
                                                    Jennifer Lake
                                                    United States Attorney's Office