IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. Jones et al. No. 1:20-cv-02516-RBJ-MDB

PLAINTIFF'S MOTION FOR COURT'S LEAVE TO FILE SURREPLY IN SUPPORT TO HIS; 190, RESPONSE

Plaintiff respectfully files this motion to request this court's permission to file surreply in support to his Resp., doc. 190, to government's motion, doc. 182. There're good reasons to allow plaintiff's surreply.

The gov. on several occassion brought forth and advanced new, first time arguments that were not included in its motion, doc. 182. For example: the government for the first time attempted to compare Bivens Relief with the qualified immunity defense. Doc. 196, p. 3-4. When the government opposes plaintiffs' official capacity claims, it also advanced new set of argument. It argued that; plaintiff's allegations fail to show that even after six years, he's still suffering from the 2018's injuries. Id p. 8. Moreover, in opposition to plaintiff's potential request to once more to amend his complaint..., and seeks Declaratory Judgments instaid of damages, the government advanced another set of argument, that necessitate plaintiff's response and clarification.

For these reasons, plaintiff respectfully asks the court to allow him filing his attached surreply.

Dec. 27, 2024
Khalfan Kh. Mohamed
U.S.P. Florence, Box 7000
Florence, Co 81226

Khalfan Kh. Mohamed
s/mohammed

CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, certify that on Dec. 27, 2024, have mailed my above titled motion along with my surreply to court, addressed:

Office of the clerk, U.S.D.C.; 901-19th St. Room A 105, Denver, Co 80294-3589

Khalfan Kh. Mohamed
U.S.P. Florence, Box 7000
Florence, Co 81226

Khalfan Kh. Mohamed
s/mohammed



Denver, CO P&DC 802 ZIP
FRI 03 JAN 2025 AM

Khalfan Kh. Mohamed # 44623-054
U.S.P. Florence, P.O. Box 7000
Florence, CO 81226

Office of the Clerk
United States District Court
901-19th St., Room A 105
Denver, CO 80294-3589

Legal Mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DEC 31 2024

DATE: _____

"SPECIAL/LEGAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter was neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

legal mail