FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2025
JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Mohamed V. Jones et al. NO. 20-CV-02516-RBJ-MDB

## PLAINTIFF'S THIRD SET FOR INTERROGATORIES REQUEST SERVED TO THE DEFENDANTS BY FILING THEM WITH THE COURT PURSUANT TO THE D.C. Colo. LCiv.R. 5.3

These requests are made pursuant to Rule 33 of FRCP.

8. List all investigations, inquiries, facts finding probes...etc, that were conducted by the BOP or any other government's agency as a result of the alleged assault and use of force against the plaintiff, whether such investigations were conducted per plaintiff's requests or complaints or not- on 8.23.2018. Also; for each investigation. state its conclusion, and if the conclusion is documented, state so and provide all related documents. (if the government believe that it had already provided plaintiff with the list of investigations and their related conclusions; the government should refer to any such documents with the specifics necessary to locate them.

9. List all the staff and government's employees who wrote any and all memorandums, reports, or any statements following the alleged assault and use of force against plaintiff on 8.23.2018... The requested list should also include the official status of those staff when they prepared such documents. If any of the memos is not yet provided to plaintiff; then such memos should be provided here along with the response.

1

10. For each of the three staff described below; provide the personal name, official status as of 8-23-2018; his official role in the alleged assault and use of force against plaintiff on 8-23-2018, as well as in the subsequent investigations...; Finally, if any of these three staff wrote a memo or report, or otherwise provided any information related to the events of 8-23-2018 described above; state so any provide to plaintiff all such documents and informations.

The three staff are seen in the video # 189-C1-RNG-NEAR, 189; (all appear to be male).

Two of the three wore what's appear to be white shirts and black pants and vest.(kind of uniforms mostly worn by Lts) The taller of these two is seen constantly talking in the radio while going back and forth from and to the area where plaintiff was on the ground as the officers on top of him.

The shorter official, appear to have beard, and after watching the alleged assault on plaintiff for some time, he appeared to have given instruction toward the end of the range that resulted into group of officers coming in and then apparently, replacing those officers who were on top of plaintiff

The third official: he appeared to have worn black uniform; with vest, regularly worn at the ADX by regular officers at the time. In the video, he seemed to have initially be with those officers on top of the plaintiff or near them. As he was leaving the range, he's seen walking side to side with officer Baca, carrying in his hand one of plaintiff's shower slippers.

2.

11. Some officers who participated in the alleged assault and the use of force against plaintiff on 8-23-2018 that include but not limited to C.O.'s D. Brush, J. Miller, and M. McCulloch (see US. 67-70, 75) stated in their memos dated Aug. 23, 2018, that the relevant events in that day started when plaintiff was being escorted "from the law library... to the holding cell located in C/A-unit" (Brush's memo at US. 67). Now, explain as for what purpose or reason was plaintiff escorted to the holding cell at that moment. Also, if your answer is based on any official documentation, please state so and provide plaintiff all such documents along with your response.

12. What's the purpose of a holding cell or observation cell such as the one that plaintiff was placed in on 8-23-2018; referred by officers' memo above? If your answer is based on a policy or any other documents, provide such documents to plaintiff along with your response here.

March 13, 2025

Khalfan Kh. Mohamed, U.S.P. Box 7000, Florence, CO 81226.

s/ Mohammed

CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, certify that on 3-15-2025, have mailed my 3rd set of interrogatory requests, addressed:
Office of the Clerk, U.S.D.C. 901-19th St. Room A105, Denver, CO 80294-3589

March 13, 2025

Khalfan Kh. Mohamed

s/ Mohammed

3.



DENVER CO 802

20 MAR 2025 PM 6 L

legal Mail

Khalfan kh. Mohamed # 44623-054
U.S.P. High, Box 7000
Florence, CO 81226

Office of the clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3589

80294-250151

legal mail

legal mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: MAR 19 2025

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may to return this material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.