FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2025

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Mohamed v. Jones et al, No. 20-cv-02516-RBJ-MDB.

PLAINTIFF'S THIRD SET FOR PRODUCTION OF DOCUMENT REQUEST SERVED TO THE DEFENDANTS BY FILING THEM WITH THE COURT PURSUANT TO THE DC.COLO.LCiv.R.5.3

These requests are made pursuant to Rule 34 of FRCP. Plaintiff requests the followings:

9. All BOP, ADX-Institutional Supplement, and G-Unit Regulations, policies, directories...etc governing and also pertaining any statement related to: the use of force; escort of inmates; recording staff-inmates interactions through video cameras, the use and preserve of the surveillance cameras, and the objective and uses of a holding or observation cell..., that were in effect on Aug. 23, 2018.

10. All, electronically restored or otherwise: official documents, correspondences, communications to, from, and about the 26-BOP employees who were involved in the relevant events of 8.23.2018 and their subsequent investigations and reviewals (whose names and roles have been provided by the Government's response to interrogatories #1-3, dated Jan.10, 2025, and whose names listed below) as well as all, electronically maintained or otherwise, personal correspondence, notes, diaries-entries, journals...etc. that contains any information related to these staff's employment as BOP and Government officials..., that're prepared by these 26 officials. The names and the time periods are as follow:

1.

(1) D. Brush; (2) J. Miller; (3) J. Vaughn; (4) D. Marshall; (5) M. McCulloch; (6) J. Baca; (7) B. Cochran; (8) R. Norris; (9) R. Jones; (10) S. Sookdeo; (11) T. Anderson; (11) J. Medrano; (12) J. Armijo; (13) D. Murton; (14) C. Espinoza; (15) D. Christensen; (16) Captain Humphrey; (17) T. Moissant; (18) A. Matevousian; (19) A. Sapp; (20) M. Harris; (21) S. Alms; (22) Ms. Fetterhoff; (23) Sherry Beicker-Gallegos; (24) Brenda Torres; (25) Lt. Rudd; and; (26) Lt. Chamberlain. See the government's responses to plaintiffs' interrogatories; 1-3, dated Jan. 10, 2025.

As to the time periods of these officials' documents is from Aug. 23, 2018 through Jan. 26, 2021; the end time to which the government stated that the BOP ended plaintiffs' administrative tort claims by denying the claims.

Dated: March 13, 2025                                  s/ Mohammed

Khalfan Kh. Mohamed, U.S.P. Box 7000, Florence, CO 81226.

---

CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, certify that on 3·13·2025 have mailed my 3rd set of production of documents requests, addressed to:

Office of the Clerk, U.S.D.C., 901-19th St. Room A105, Denver, CO 80294-3589.

Dated, March 13, 2025

Khalfan Kh. Mohamed, U.S.P. Box 7000, Florence, CO, 81226
                                                       s/ Mohammed

2.



DENVER CO 802
20 MAR 2025 PM 6 L

legal mail

Khalfan Kh. Mohamed #44623-054
U.S.P. High, Box 7000
Florence, CO 81226

Office of the clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3589

80294-250151

legal mail

legal mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

MAR 19 2025

"SPECIAL/LEGAL MAIL"

DATE:

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has no jurisdiction, you may to return this material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.