IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

Pursuant to Fed. R. Civ. P. 30(a)(2), Defendant the United States of America respectfully moves for leave to take the deposition of Plaintiff Khalfan Khamis Mohamed, a Bureau of Prisons (BOP) inmate. Defendant did not confer with Plaintiff regarding this Motion as Plaintiff is an unrepresented prisoner. *See* D.C.COLO.LCivR 7.1(b)(1). In support of this Motion, Defendant states as follows:

1.    Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of the Court to take the deposition of a deponent confined in prison. *See* Fed. R. Civ. P. 30(a)(2)(B) ("A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2): . . . if the deponent is confined in prison.").

2.    Plaintiff is confined in the custody of the BOP at the U.S. Penitentiary—High in Florence, Colorado ("USP—High"). Defendant anticipates taking Plaintiff's deposition in person at that facility.

3.    Trial is currently set for the week of September 8, 2025. The Court has not set

1

any other deadlines in this case.  Defendant currently anticipates noticing Plaintiff's deposition for the week of June 2, 2025.  Defendant's counsel understands that the USP—High can accommodate Plaintiff's deposition that week.

    4.    Under Rule 26, Defendant seeks to take Plaintiff's deposition to obtain relevant information regarding Plaintiff's remaining claims for assault and battery.  *See* Fed. R. Civ. P. 26(b)(1).

    5.    If this Motion is granted, Defendant will properly notice Plaintiff's deposition according to Fed. R. Civ. P. 30(b).

WHEREFORE, Defendant respectfully moves for leave to take Plaintiff's deposition the week of June 2, 2025, or as soon as practicable thereafter.

Dated May 6, 2025.    Respectfully submitted,

J. BISHOP GREWELL
Acting United States Attorney

s/ Jennifer R. Lake
*Jennifer R. Lake*
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: jennifer.lake@usdoj.gov
Counsel for the United States of America

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on May 6, 2025, I caused the foregoing document to be served on the following non-CM/ECF participant in the manner indicated:

Khalfan Khamis Mohamed (U.S. mail)
Reg. No. 44623-054
USP Florence - High
P.O. Box 7000
Florence, CO  81226

                                            *s/ Jennifer Lake*
                                            Jennifer Lake
                                            United States Attorney's Office