TO: Clerk of the Court.
U.S.D.C, 901-19th St. Room A 105, Denver, CO 80294-3589

July 9, 2025

From: Khatfan Kh. Mohamed, # 44623-054

CASE NO. 1:20-CV-02516-RBJ-MDB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2025

JEFFREY P. COLWELL
CLERK

RE: REQUEST FOR SUBPOENAS (F.R.C.P. 45 (a)(b)(c))

Dear the clerk:

I am a plaintiff in Mohamed v. Jones et, No: 20-cv-02516-RBJ. The court's order doc. 226 set the trial date in the week of 9/8/2025. The U.S. Government is the defendant in my three FTCA claims. However, I need to call 15-17 BOP's employees involved in the alleged battery against me and subsequent investigations as witnesses at the trial.

Please send me subpoenas for 17-staff members that I intend to call as witnesses.

The Fees: All of these 17 persons are government's/BOP's officials and employees. Please advise me of the witness fees are required here. If the fees are required, I'll make sure that I'll send the money (or Get my attorney-who doesn't represent me in this case) the necessary funds when I send the subpoenas back to your office.

Thank you.

Khalfan Khi Mohamed #44623-054
U-S-P- High, Box 7000
Florence, Co 81226

JUL 10 2025

legal mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you may
wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosure to the above address.

Request to the Clerk

B0294-250151

DENVER CO 802

12 JUL 2025    PM 8 L

Request to the clerk

legal mail

Request to the clerk

Office of the clerk,
United States District Court
901-19th St. Room A 105
Denver, Co 80294-3589

