TO: Clerk of the Court
U.S.D.C., 901-19th St. Room A 105, Denver, CO 80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 14 2025
JEFFREY P. COLWELL
CLERK

July 9, 2025

FROM: Khalfan Kh. Mohamed, # 44623-054
Mohamed v. Jones et al., No. 1:20-cv-02516-RBJ-MDB.

RE: REQUEST FOR VOIR DIRE / JURY INSTRUCTIONS

Dear the Clerk:

The Court's order doc. 226, set the trial date for the case in the week of 9/8/2025. Please send me any voir Dire or Jury Instruction and any other available materials related to the jury and jury selection. My three claims are Battery/Assault claims under FTCA. So please send me the requested material consistant to Battery claims.
  Thank you.

Khalfan Kh. Mohamed, #44623-054
U.S.P.- High, Box 7000
Florence, CO 81226

Legal mail

Request to the clerk

DENVER CO 802
12 JUL 2025 PM 8 L

Office of the clerk,
United States District Court
901-19th St., Room A105
Denver, Co 80294-3589

80294-250151

Legal mail

Request to the clerk

JUL 10 2025

FEDERAL PRISON CAMP
P.O. BOX 3600
FLORENCE, COLORADO 81226

DATE: "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Request to the clerk