IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 20-cv-02516-RBJ-MDB | Date: August 5, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| KHALFAN KHAMIS MOHAMED | *Pro Se* |
| **Plaintiff** | |
| v. | |
| JONES et al | *Jennifer Lake* |
| | *Thomas Isler* |
| **Defendants** | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

Court in Session: 9:06 a.m.

Appearance of counsel via videoconference. Plaintiff appears via videoconference.

Discussion held on disputed witnesses and exhibits.

**ORDERED:** [233] Plaintiff's Request for Subpoenas is TAKEN UNDER ADVISEMENT.

**ORDERED:** Defendants' Counsel shall file a status report by August 8, 2025, regarding the availability of Plaintiff's proposed witnesses stated on the record and if they could be produced for remote testimony without subpoena.

**ORDERED:** Plaintiff shall provide his exhibits to the Defendants by August 12, 2025.

Argument given on *in limine* issues.

**ORDERED:** [236] Plaintiff's Motion in Limine is DENIED for reasons as stated on the record.

Discussion held on trial practices.

**ORDERED:** **[235]   Plaintiff's Motion to Attend Trial in Person is DENIED for reasons as stated on the record. The Plaintiff shall appear via videoconference with video available for the entirety of trial.**

**ORDERED:** **Remote testimony will be allowed for witnesses as needed. Parties shall provide chambers with a list of all witnesses who will be testifying remotely one week prior to trial. The courtroom deputy will provide connection information.**

**ORDERED:** **A Bench Trial is set for September 8, 2025 to September 10, 2025, and September 16, 2025 to September 19, 2025, to begin at 9:00 a.m. each day in Courtroom C-203 before Senior Judge R. Brooke Jackson.**

Court in Recess: 10:31 a.m.            Hearing concluded.            Total time in Court: 01:25