Filed
~~RECEIVED~~
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2025
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

July 31, 2025.

Mohamed v. Jones et al, No. 1:20-cv-02516-RBJ-MDB.

RE: Plaintiff's Second Request for Subpoenas

Dear the clerk:

Almost three week ago, I requested several subpoenas, see doc. 233, but I haven't received them, nor any explaination as to why I couldn't. Hence, I resubmit my request for 16 subpoenas, with additional information.

The Names of the Witnesses being Subpoened; these're:
1) Adam Sapp. (2) Y. Fetterhoffe (3) C. Porco (4) N. Rudd.
5) D. Brush (6) J. Miller (7) J. Vaughn (8) D. Marshall
9) M. McCulloch (10) J. Baca (11) B. Cochran (12) R. Jones
13) S. Sookdeo (14) D. Murton (15) D. Norris (16) T. Anderson.

The Witnesses' Addresses:

When I filed this case in 2020; virtually all of the listed BOP's staff were employed at the ADX-Florence, Super Max; ADX Florence, PO Box 8500, Florence, CO 81226. As of this time, I am not all sure whether all of these witnesses are still employed at the ADX. Since July 17, 2025, I've requested from the government's counsel in this case to provide me with the witnesses' current addresses but I've't heard any response to date. I request here that the court direct the USMS to both: locate the witnesses' current addresses and to serve the subpoenas on my behalf. Based on my experience with the gov't on this case, it's unlikely will provide the addresses to me timely.

1.

<u>The Purpose of the Subpoenas:</u>

The purpose of subpoenaing the listed BOP's staff is to get them testify at the trial on this case. The trial is set up on the week of Sept. 8, 2025. All of the listed staff were directly involved on the alleged assault on me on 8·23·18 or on the events that directly related to the alleged assault; such as the medical evaluation and the investigations following the assault. Moreover, at least 14 of the 16-staff listed above; have also claimed to be witnesses of the events of 8·23·18. Therefore, the staff testimony is highly relevant here. Proceeding pro se, I couldn't depose any staff member, and the govt. declined to adequately response to my requests for interrogatories and production of documents.

<u>Documents:</u> Each of the witness should bring at the trial any document he might have prepared, received, made aware of etc; concerning the events of 8·23·18 as detailed in the plaintiffs' complaint doc. 64.

<u>The Location & Dates of the Trial Testimony:</u> The trial will be held at Colorado District Court House before Judge R.B. Jackson. Based on all information available to me at this time, the witnesses will be required to testify on Sept. 8 and 9, 2025. (This is to the best of my assumption; otherwise, the court hasn't yet set up a schedule conference and the govt. has tried its best to make everything hard to me when it comes to my efforts on conferring on matters of this case).

<u>Witness Fees & Mileage Reimbursement:</u>
All of the 16-witnesses listed above are BOP/Government's officials

2.

and employees of the defendant; the govt. That is, apparently, qualify these staff to be considered as "parties" of the case, hence; no witness or mileage fees are necessary.

However, to the extent that such fees are required; My[*] Attorney, Ms. Joyce E. Rosendahl, will promptly provide the necessary fees for witnesses and their mileage expenses, following my mailing of the subpoenas to the court. As requested above, the court, I request, should direct the USMs to serve the subpoenas on my behalf.

Thank you.
Khalfan Kh. Mohamed; Plaintiff.

---

[*] Per my request, My Attorney, Ms. Rosendahl, who's otherwise does not represent me on this case, she contacted the court on July 28, 2025, assuring that she will promptly provide the witnesses and mileage fees in my behalf.

3.

## EXH: 1
## DECLARATION OF MAILING:

I, Khalfan Kh. Mohamed, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statement is true and correct:

On July 31, 2025, I've submitted for mailing to the appropriate staff member my "Second Request for Subpoenas" (Requesting 17-subpoenas...), as a legal mail with sufficient postage stamps for first class mail. Addressed to:

Office of the Clerk, U.S.D.C.
901-19th St; Room A 105
Denver, CO 80294-3589.


Aug-4, 2025.


Khalfan Kh. Mohamed
U.S.P.-High, Box 7000
Florence, CO 81226                    S/ Mohammed

Khalfan Khamis Mohamed, #46123-054
U.S.P. High, P.O. Box 7000
Florence, CO 81226

legal mail

DENVER CO 802
7 AUG 2025 PM 8 L

legal mail

FEDERAL PRISON CAMP legal mail
P.O. BOX 7000
FLORENCE, COLORADO 81226

DATE: AUG 01 2025

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Office of the Clerk
United States District Court
901-19th St, Room A105
Denver, CO 80294-3589

80294-250151