# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02516-RBJ-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**

---

Pursuant to Federal Rules of Civil Procedure 26 and 36, Defendant United States of America hereby objects and responds as follows to Plaintiff's first set of requests for admission.

**INSTRUCTIONS**

Defendant objects to Plaintiff's written discovery requests to the extent they purport to impose obligations beyond the scope of the Federal Rules of Civil Procedure. Defendant will comply with the Federal Rules of Civil Procedure in responding to Plaintiff's discovery requests.

**REQUESTS FOR ADMISSION**

**Request No. 1:** At the time of the alleged assault and the use of force against plaintiff; 8-23-18, the C-Unit policy and practice was that; three officers were required to escort an inmate to and from his cell.

**Response to Request No. 1:** Denies.

1

**Request No. 4:** The defendants' responses to plaintiff's interrogatory No. 1, dated Nov. 22, 2024, listed 14-names of "employees who witnessed or responded to the use of force on August 23, 2018 or were involved in the medical evaluations," however, apart from these 14-named employees there were other BOP's employees in the C-unit during the use of force that the answer to interrogatory No. 1 did not mentioned [sic]. Among those additional employees who were present are P.A. Osagie and Officer Espinoza; two of the defendants in this case.

**Response to Request No. 4:** Objection. Defendant objects to this Request because it encompasses multiple facts. *See* Fed. R. Civ. P. 36(a)(2) (requiring that "[e]ach matter must be separately stated").

Subject to and without waiving the foregoing objection, Defendant responds as follows: Defendant admits that Officer Espinoza responded to the call for assistance after the use of force on August 23, 2018, and assisted in restraining Plaintiff in the holding cell after the use of force. Defendant denies that P.A. Osagie was present during the use of force on August 23, 2018. Defendant admits that there were employees working in C Unit on August 23, 2018, who did not respond to the use of force against Plaintiff.

**Request No. 5:** As a result of the alleged assault and use of force against Plaintiff in Aug. 23, 2018 plaintiff was injured. Among the injuries, he was diagnosed with fracture in his right ankle. Beside the ankle, plaintiff received other injury that day.

**Response to Request No. 5:** Objection. Defendant objects to this Request because it encompasses multiple facts. *See* Fed. R. Civ. P. 36(a)(2) (requiring that "[e]ach matter must be separately stated"). Defendant further objects because the phrase "other injury" is vague.

Dated: February 5, 2025.

        J. BISHOP GREWELL
        Acting United States Attorney

        s/ *Jennifer R. Lake*
        Jennifer R. Lake
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0411
        jennifer.lake@usdoj.gov

        Counsel for Defendant United States

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 5, 2025, I caused the foregoing document and the documents identified therein to be mailed to Plaintiff at the following address:

Khalfan Khamis Mohamed (U.S. mail)
Reg. No. 44623-054
USP Florence - High
P.O. Box 7000
Florence, CO  81226

                                        s/ *Jennifer R. Lake*
                                        Jennifer R. Lake
                                        U.S. Attorney's Office