IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 1:20-cv-02516-RBJ-MDB | Date: September 8, 2025 |
| Courtroom Deputy: | Heidi L. Guerra | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| KHALFAN KHAMIS MOHAMED, | *Pro Se* |
| **Plaintiff** | |
| v. | |
| JONES, | *Jennifer Rose Lake* |
| HUDDLESTON, | *Thomas Alan Isler* |
| OSAGIE, | |
| BRUSH, | |
| ESPINOZA, | |
| MILLER, | |
| MURTON, | |
| ARMIJO, and | |
| USA, | |
| **Defendants** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY ONE**

**9:00 a.m.     Court in session.**

Appearance of Plaintiff by VTC. Appearances of counsel.

9:04 p.m.     Opening Statement by Plaintiff.

9:08 a.m.     Opening Statement by Mr. Isler

Plaintiff, Khalfan Khamis Mohamed, called and sworn.

9:19 a.m.     Direct testimony of Mr. Mohamed.
**Exhibits 1-1, 2, 8, E, 3, A, B, 4, 5, 6, 7, and DD are admitted.**

| | |
|---|---|
| **10:52 a.m.** | **Court in recess.** |
| **11:01 a.m.** | **Court in session.** |

11:01 a.m.    Continued direct testimony of Mr. Mohamed.
**Exhibits 1-2, 49, 50, and 16 are admitted.**

| | |
|---|---|
| **12:15 p.m.** | **Court in recess.** |
| **1:17 p.m.** | **Court in session.** |

1:17 p.m.    Continued direct testimony of Mr. Mohamed.
**Exhibits 9, F, 10, 11, 12, 13, 14, 15, 32, and Q are admitted.**

| | |
|---|---|
| **3:13 p.m.** | **Court in recess.** |
| **3:24 p.m.** | **Court in session.** |

Discussion held on witness scheduling.

3:27: p.m.    Continued direct testimony of Mr. Mohamed.
**Exhibits 28, M, 29, N, and 30 are admitted.**

Discussion held on witness scheduling.

**4:49 p.m.**    **Court in recess.**    Trial continued.    Total time in Court: 06:27