IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 1:20-cv-02516-RBJ-MDB | Date: September 9, 2025 |
| Courtroom Deputy: Heidi L. Guerra | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| KHALFAN KHAMIS MOHAMED | *Pro Se* |
| **Plaintiff** | |
| v. | |
| JONES, | *Jennifer Rose Lake* |
| HUDDLESTON, | *Thomas Alan Isler* |
| OSAGIE, | |
| BRUSH, | |
| ESPINOZA, | |
| MILLER, | |
| MURTON, | |
| ARMIJO, and | |
| USA, | |
| **Defendants** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY TWO**

**9:04 a.m.**     Court in session.

Appearance of Plaintiff by VTC. Appearance of counsel.

**ORDERED:**  Plaintiff's request for sequestration of witnesses is GRANTED.

Cross-designated witness, David Brush, called and sworn.

9:08 a.m.     Direct examination of Mr. Brush by Mr. Mohamed.

**10:29 a.m.**     Court in recess.
**10:40 a.m.**     Court in session.

10:41 a.m.     Cross examination of Mr. Brush by Mr. Isler.

11:20 a.m.     Redirect examination of Mr. Brush by Mr. Mohamed.

Plaintiff's witness, Nicholas Rudd, called and sworn.

11:35 a.m.     Direct examination of Mr. Rudd by Mr. Mohamed.

11:44 a.m.     Cross examination of Mr. Rudd by Ms. Lake.

11:48 a.m.     Redirect examination of Mr. Rudd by Mr. Mohamed.

11:46: a.m.    Continued direct testimony of Mr. Mohamed.
               **Exhibits 31 and 27 are admitted.**

**12:14 p.m.   Court in recess.**
**1:17 p.m.    Court in session.**

1:18 p.m.      Cross examination of Mr. Mohamed by Ms. Lake.
               **Exhibits C and AA are admitted.**

2:18 p.m.      Redirect examination of Mr. Mohamed.

Cross-designated witness, Joseph Miller, called and sworn.

2:32 p.m.      Direct examination of Officer Miller by Mr. Mohamed.

**3:28 p.m.    Court in recess.**
**3:41 p.m.    Court in session.**

3:42 p.m.      Continued direct examination of Officer Miller by Mr. Mohamed.

4:12 p.m.      Cross examination of Officer Miller by Mr. Isler.

4:34 p.m.      Redirect examination of Officer Miller by Mr. Mohamed.

Discussion regarding witness order.

**4:49 p.m.    Court in recess.**     Trial continued.          Total time in Court:  06:18