IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 1:20-cv-02516-RBJ-MDB | Date: September 10, 2025 |
| Courtroom Deputy: | Heidi L. Guerra | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| KHALFAN KHAMIS MOHAMED | *Pro Se* |
| **Plaintiff** | |
| v. | |
| JONES, | *Jennifer Rose Lake* |
| HUDDLESTON, | *Thomas Alan Isler* |
| OSAGIE, | |
| BRUSH, | |
| ESPINOZA, | |
| MILLER, | |
| MURTON, | |
| ARMIJO, and | |
| USA, | |
| **Defendants** | |

**COURTROOM MINUTES**

**BENCH TRIAL DAY THREE**

**9:04 a.m.**     **Court in session.**

Appearance of Plaintiff by VTC. Appearance of counsel.

Cross-designated witness, John Baca, called and sworn.

9:05 a.m.     Direct examination of Officer Baca by Mr. Mohamed.

10:27 a.m.     Cross examination of Officer Baca by Ms. Lake.

10:45 a.m.     Redirect examination of Officer Baca by Mr. Mohamed.

**11:09 a.m.**     **Court in recess.**

**11:21 a.m.**     **Court in session.**

Cross-designated witness, Jared Vaughn, called and sworn.

11:22 a.m.     Direct examination of Mr. Vaughn by Mr. Mohamed.

**12:15 p.m.**     **Court in recess.**
**1:16 p.m.**     **Court in session.**

1:17 p.m.     Continued direct examination of Mr. Vaughn by Mr. Mohamed.

1:20 p.m.     Cross examination of Mr. Vaughn by Ms. Lake.

1:37 p.m.     Redirect examination of Mr. Vaughn by Mr. Mohamed.

Plaintiff's witness, Brad Cochran, called and sworn.

1:46 p.m.     Direct examination of Officer Cochran by Mr. Mohamed.

1:58 p.m.     Cross examination of Officer Cochran by Mr. Isler.

2:07 p.m.     Redirect examination of Officer Cochran by Mr. Mohamed.

**2:12 p.m.**     **Court in recess**
**2:16 p.m.**     **Court in session**

Cross-designated witness, Cody Espinoza, called and sworn.

2:17 p.m.     Direct examination of Lt. Espinoza by Mr. Mohamed.

Cross-designated witness, Dennis Murton, called and sworn.

2:47 p.m.     Direct examination of Lt. Murton by Mr. Mohamed.

Cross-designated witness, Sobrian Sookdeo, called and sworn.

**3:43 p.m.**     **Court in recess.**
**3:48 p.m.**     **Court in session.**

Cross-designated witness, Sobrian Sookdeo, called and sworn.

3:49 p.m.     Direct examination of Cpt. Sookdeo by Mr. Mohamed.

**4:49 p.m.**     **Court in recess.**     Trial continued.     Total time in Court:  06:23