IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 1:20-cv-02516-RBJ-MDB | Date: September 17, 2025 |
| Courtroom Deputy: Heidi L. Guerra | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| KHALFAN KHAMIS MOHAMED | *Pro Se* |
| **Plaintiff** | |
| v. | |
| JONES, | *Jennifer Rose Lake* |
| HUDDLESTON, | *Thomas Alan Isler* |
| OSAGIE, | |
| BRUSH, | |
| ESPINOZA, | |
| MILLER, | |
| MURTON, | |
| ARMIJO, and | |
| USA, | |
| **Defendants** | |

### COURTROOM MINUTES

**BENCH TRIAL DAY FIVE**

**9:28 a.m.**     **Court in session.**

Appearance of Plaintiff by VTC. Appearance of counsel.

9:29 a.m.     Continued direct examination of Cpt. Sookdeo by Mr. Mohamed.

9:44 a.m.     Cross examination of Cpt. Sookdeo by Ms. Lake.

9:57 a.m.     Redirect examination of Cpt. Sookdeo by Mr. Mohamed.

Plaintiff rests.

Defendants' witness, Cpt. James Sturgill, called and sworn.

| | |
|---|---|
| 10:19 a.m. | Direct examination of Cpt. Sturgill by Ms. Lake.<br>**Exhibit EE is admitted.** |

Cpt. Sturgill is qualified under FRE 702 as an expert in uses of force by correctional officers.

| | |
|---|---|
| **11:12 a.m.** | **Court in recess.** |
| **11:27 a.m.** | **Court in session.** |
| 11:27 a.m. | Continued direct examination of Cpt. Sturgill by Ms. Lake.<br>**Exhibits FF and GG are admitted.** |
| 12:05 p.m. | Cross examination of Cpt. Sturgill by Mr. Mohamed. |
| **12:20 p.m.** | **Court in recess.** |
| **1:22 p.m.** | **Court in session.** |
| 1:22 p.m. | Continued cross examination of Cpt. Sturgill by Mr. Mohamed. |
| 1:38 p.m. | Redirect examination of Cpt. Sturgill by Ms. Lake. |

Defendants' witness, Dr. Christopher Betts, called and sworn.

| | |
|---|---|
| 2:08 p.m. | Direct examination of Dr. Betts by Ms. Lake.<br>**Exhibit BB is admitted.** |
| 2:28 p.m. | Cross examination of Dr. Betts by Mr. Mohamed. |

Defendants rest.

| | |
|---|---|
| 2:40 p.m. | Rebuttal testimony of Mr. Mohamed.<br>**Exhibit 51 is admitted.** |
| 3:13 p.m. | Cross examination of Mr. Mohamed by Ms. Lake. |
| **3:22 p.m.** | **Court in recess.** |
| **3:40 p.m.** | **Court in session.** |
| 3:41 p.m. | Closing Statement by Mr. Mohamed. |
| 4:14 p.m. | Closing Statement by Ms. Lake. |
| 4:58 p.m. | Rebuttal Closing Statement by Mr. Mohamed. |

**ORDERED:**   At the conclusion of the trial, counsel for the Defendants shall retain custody of all original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**5:11 p.m.**   **Court in recess.**   Trial concluded.   Total time in Court:  06:08