# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02516-RBJ-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT

THIS MATTER was tried to the Court for five days beginning on September 8, 2025, before the Judge R. Brooke Jackson, United States District Judge. In accordance with the orders filed during the pendency of this case, and pursuant to the Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Decision & Order [ECF 268] entered by Judge R. Brooke Jackson on October 24, 2025, and incorporated herein by reference, it is

ORDERED that final judgment is hereby entered in favor of Plaintiff, Khalfan Khamis Mohamed, and against Defendant, United States of America as to the first claim (Count 11 of the [ECF 64] Second Amended Complaint. It is further

ORDERED that Plaintiff, Khalfan Khamis Mohamed, be awarded $10,000.00 (ten thousand dollars) in damages. It is further

ORDERED that the second and third claims are DISMISSED WITH PREJUDICE.

This case will be closed.

Dated October 24, 2025, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By: _____
H. Guerra, Deputy Clerk