FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 02 2025

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DIST. COURT

FOR THE DISTRICT OF COLORADO

Mohamed V. United States, No. 20-cv-02516-RBJ-MDB

## PLAINTIFF'S REFILED/SECOND MOTION FOR 30-DAYS EXTENSION TO SUBMIT HIS BILL OF COSTS

Plaintiff respectfully refiles this motion asking the court to extend the deadline to file bill of costs for additional 30-days: from the time the court receives the motion. And he stated the following:

1. On Oct. 24, 2025, the court issued its "Decision & Order" doc. 268 in favor of plaintiff. However, plaintiff only received the order on Oct. 30, 2025.

2. Plaintiff believes he's entitled to costs. These include the filing fees, mailing expenses and copy expenses.

3. On Nov. 6, 2025, plaintiff submitted his previous or first motion for 30-day extension to file his bill of costs. However, to this day plaintiff received no indication of whether his motion was received or granted by the court. Hence, plaintiff refiles the motion in case the court failed to receive the first, identical motion.

4. The extension is warranted here; in order to submit his bill of costs plaintiff needs some documentation

1

such as the proper forms of Bill of Costs, his unstitutional financial records (in connection to his copy-expenses) and mail records (for the purpose of the postages expenses).

5. Plaintiff has already obtained from his attorney (not representing him in this case) the Bill of Costs forms. but he's still waiting for other mentioned records from the staff.

6. plaintiff has deligently worked to submit the Bill of costs without delay. However, it's out of his control as to when he could actually obtain all necessary records. Due to the recent-ended govt's shutdown, many regular activities by staff have been slowed down or suspended.

7. The costs plaintiff attempts to obtain here are not significant in amount. However, to plaintiff: an indigent, such small amount is still very significant.

For these reasons, the court should grant the requested 30-day extension that start from the day the court issues the requested extension.

Nov. 20, 2025

Khabfan Kh. Mohamed
USP, Box 7000
Florence CO 81226.                    s/ Mohamed

2

CERTIFICATE OF SERVICES

I, Khalfan Kh. Mohamed, hereby certify that on Nov. 20, 2025 have submitted my refiled [second motion for 30-day extension to file my Bill of Costs. Addressed to:

Office of the Clerk, USDC,
901-19th St., Room A 105
Denver, CO 80294-3589.

Khalfan Kh. Mohamed
U.S.P. Box 7000
Florence, CO 81226                    |    s/ Mohammed

3.

EXHIBIT: 1

DECLARATION OF MAILING

I, Khalfan Kh. Mohamed, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on Nov. 6, 2025, and then today, Nov. 20, 2025, have submitted my motion for 30-day extension to submit my Bill of costs. Both motions, submitted to the appropriate staff for mailing, as legal mail, with sufficient postage stamps for the first class mail, addressed to the court:

Office of the clerk, U.S.D.C,
901-19th St. Room A 105
Denver. Co 80294-3589.

Nov. 20, 2025

Khalfan Kh. Mohamed
U.S.P, Box 7000
Florence, Co 81226.                    /s/ mohammed